CO-386-online
10/03

# United States District Court
# For the District of Columbia

CHRISTIAN W. SANDVIG; KYRATSO )
KARAHALIOS; ALAN MISLOVE; CHRISTOPHER )
WILSON; FIRST LOOK MEDIA WORKS, INC. )
)
                       Plaintiff )
**vs** )
)
LORETTA LYNCH, in her official capacity )
as Attorney General of the United States )
)
                       Defendant )

Civil Action No._____

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __First Look Media Works, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __First Look Media Works, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. Bar No. 235960
BAR IDENTIFICATION NO.

Arthur B. Spitzer
Print Name

4301 Connecticut Avenue, N.W., Suite 434
Address

Washington, D.C. 20008
City        State        Zip Code

202-457-0800
Phone Number