AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CHRISTIAN W. SANDVIG; KYRATSO KARAHALIOS; ALAN MISLOVE; CHRISTOPHER WILSON; FIRST LOOK MEDIA WORKS, INC.

*Plaintiff(s)*

v.

LORETTA LYNCH,
in her official capacity as Attorney General of the United States

*Defendant(s)*

Civil Action No. 16-cv-01368-JDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Loretta Lynch
U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Arthur B. Spitzer
American Civil Liberties Union of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/30/2016

/s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-01368-JDB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Loretta Lynch, Attorney General of the United States was received by me on *(date)* 6/30/2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I sent the summons by certified mail, in accordance with Fed. R. Civ. P. 4(i)(2), on June 30, 2016. I confirmed through the USPS tracking system that the summons was delivered on July 8, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/11/2016

/s/ Thaddeus Talbot
*Server's signature*

Thaddeus Talbot
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc: