UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN W. SANDVIG *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>JEFFERSON SESSIONS, in his official capacity as Attorney General of the United States,<br><br>       Defendant. | Case No. 1:16-cv-1368 (JDB) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE AND AFFIDAVIT**

  Following the hearing on Defendant's Motion to Dismiss, ECF No. 10, Defendant filed a Notice with this Court attaching the Affidavit of John T. Lynch, Jr, ECF Nos. 21, 21-1. Plaintiffs submit this Response to those filings.

  Plaintiffs do not believe that the Affidavit alters the record in any meaningful way. It states that affiant has worked in the Computer Crime and Intellectual Property Section ("CCIPS") of the Department of Justice ("DOJ") since 1997, and that, since late 2014, it has been the policy of the DOJ to require consultation with CCIPS before charging someone with a violation of the Computer Fraud and Abuse Act ("CFAA"). Under these circumstances, and in light of the two prosecutions cited in the Complaint, ECF No. 1, ¶ 31, Mr. Lynch's statement that he is "unaware" of any CFAA prosecution for conduct resembling that described in the Complaint does not demonstrate that 18 U.S.C. § 1030(a)(2)(c) is "moribund." *See Johnson v. D.C.*, 71 F. Supp. 3d 155, 160 (D.D.C. 2014). It cannot, therefore, negate the "'credible threat of prosecution'" posed to Plaintiffs by that provision. *Susan B. Anthony List v. Driehaus*, 134 S. Ct. 2334, 2342 (2014) (quoting *Babbitt v. Farm Workers,* 442 U.S. 289, 298 (1979)).

1

Dated: November 2, 2017    Respectfully submitted,

/s/ *Esha Bhandari*
Esha Bhandari
Rachel Goodman
American Civil Liberties Union
   Foundation
125 Broad St., 18th Floor
New York, NY 10004
Tel: 212-549-2500
Fax: 212-549-2654
ebhandari@aclu.org
rgoodman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union
   of the District of Columbia
4301 Connecticut Avenue, N.W., Suite 434
Washington, D.C. 20008
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org
smichelman@acludc.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that on November 2, 2017, I caused a copy of the foregoing to be filed electronically via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                  /s/ *Esha Bhandari*
                                                  Esha Bhandari