UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN W. SANDVIG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States, <br><br> Defendant. | Civil Action No. 16-1368 (JDB) |

### ORDER

Upon consideration of [10] the government's motion to dismiss, and the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [10] the government's motion to dismiss is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that the overbreadth claim in plaintiffs' First Cause of Action, as well as plaintiffs' Second through Fourth Causes of Action, are **DISMISSED**; and it is further

**ORDERED** that the parties shall meet and confer, and shall thereafter submit to the Court, by not later than May 11, 2018, either joint or separate proposals as to how the case should proceed, along with proposed schedules for any discovery or summary judgment briefing. A status conference is hereby set for May 15, 2018, at 9:30 a.m. in Courtroom 30.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 30, 2018