IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN SANDVIG, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>   Defendant. | Case No. 1:16-cv-1368 (JDB) |

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER THE COMPLAINT**

Defendant respectfully moves the Court for a fourteen-day extension of time to file his answer to Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint"), ECF No. 1, from April 13, 2018 until April 27, 2018. Plaintiffs' counsel has informed counsel for the government that Plaintiffs do not oppose the motion. In support of the motion, Defendant states as follows:

1. On June 29, 2016, Plaintiffs filed this case challenging the constitutionality of a provision of the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030(a)(2)(C), under the First and Fifth Amendments to the United States Constitution.

2. On September 9, 2016, Defendant moved to dismiss the Complaint for lack of jurisdiction and failure to state a claim on which relief can be granted. ECF No. 10.

3. On March 30, 2018, the Court issued a Memorandum Opinion and Order granting-in-part and denying-in-part Defendant's Motion to Dismiss. ECF Nos. 23 & 24.

4. Under Fed. R. Civ. P. 12(a)(4)(A), the government's answer to the Complaint

would otherwise be due on April 13, 2018.

5. The Complaint is forty-seven pages long and covers technically detailed subject matter, requiring close consultation between the undersigned attorneys and their clients in drafting a response. The primary client contact on this case is presently travelling overseas, making such consultation difficult.

6. Accordingly, Defendant respectfully requests an order providing that:

   a) The time to file an answer is extended by fourteen days; and

   b) Defendant shall file his answer no later than April 27, 2018.

Dated: April 10, 2018                         Respectfully Submitted,

                                              CHAD A. READLER
                                              Acting Assistant Attorney General

                                              JOHN R. TYLER
                                              Assistant Branch Director

                                              */s/ Serena M. Orloff*
                                              SERENA M. ORLOFF
                                              California Bar No. 260888
                                              U.S. Department of Justice, Civil Division
                                              Federal Programs Branch
                                              20 Massachusetts Avenue, N.W.
                                              Washington, D.C. 20530
                                              Tel: (202) 305-0167
                                              Fax: (202) 616-8470
                                              Serena.M.Orloff@usdoj.gov

                                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on April 10, 2018, I caused the foregoing document to be served on counsel for plaintiffs by filing with the court's electronic case filing system.

> */s/ Serena M. Orloff*
> SERENA ORLOFF