# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN SANDVIG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 1:16-cv-1368 (JDB) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's Unopposed Motion for Extension of Time to Answer the Complaint, and the entire record herein, it is:

HEREBY ORDERED, that the motion is GRANTED, and the deadline for Defendant to file his answer to the complaint is extended from April 13, 2018 until April 27, 2018.

SO ORDERED.

_____        _____
Date                                                    John D. Bates
                                                              United States District Judge