**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTIAN W. SANDVIG *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>                              Defendant. | Case No. 1:16-cv-1368 (JDB) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND FOR EXTENSION OF TIME TO FILE REQUIRED PROPOSAL**

Pursuant to Federal Rule of Civil Procedure 6(b), and Local Civil Rule 7, Plaintiffs and Defendant jointly move to continue the status conference scheduled for 9:30 a.m. on May 15, 2018 set by the Court's Order dated March 30, 2018 (the "Order"). *See* ECF No. 23. The parties also jointly request an extension of time until June 11, 2018 to file the joint or separate proposals as to how the case should proceed required by the Order. Good cause in support of this motion is as follows:

1. The parties disagree as to how the case should proceed. Plaintiffs would proceed directly to summary judgment briefing; Defendant would seek discovery.

2. The parties jointly state that they wish to engage in efforts to resolve this matter through settlement.

3. In order to have adequate time to discuss potential settlement, the parties wish to postpone setting a schedule for discovery and/or summary judgement until June 11,

1

2018, at which time they would file the joint or separate proposals required by the Court's Order.

4. Given that any potential resolution of this matter would obviate the need for the resolution of the parties' disagreement and for continued litigation, removing the status conference from the Court's calendar and permitting an extension of time to file a proposed schedule for the progress of the case would conserve the resources of the Court and the parties and would serve the interests of judicial economy.

Wherefore, the parties respectfully request that the Court continue the scheduled status conference until such further time that is of convenience for the Court and extend the time required to file joint or separate proposals until June 11, 2018.

Dated: May 10, 2018               Respectfully submitted,

/s/ *Rachel E. Goodman*
Rachel Goodman
Esha Bhandari
American Civil Liberties Union
  Foundation
125 Broad St., 18th Floor
New York, NY 10004
Tel: 212-549-2500
Fax: 212-549-2654
ebhandari@aclu.org
rgoodman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union
  of the Nation's Capital
915 15th Street, N.W., Second Floor
Washington, D.C. 20005
Tel: 202-457-0800
Fax: 202-457-0805
aspitzer@acludc.org
smichelman@acludc.o
*Attorneys for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Serena M. Orloff*
SERENA M. ORLOFF
California bar no. 260888
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 305-0167
Serena.M.Orloff@usdoj.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2018, I caused a copy of the foregoing Joint Motion, and the accompanying Proposed Order, to be filed electronically through the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Rachel E. Goodman*

Rachel E. Goodman

*Attorney for Plaintiff*