UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTIAN W. SANDVIG, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States,**<br><br>    **Defendant.** | Civil Action No. 16-1368 (JDB) |

## SCHEDULING ORDER

Upon consideration of [30] and [31] the parties' proposals for further proceedings, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern further proceedings:

1. Initial Rule 26(a) disclosures and motions, if any, to join additional parties or to amend pleadings shall be filed by not later than July 27, 2018.

2. The parties shall disclose their expert witnesses and exchange expert reports, if any, by not later than November 7, 2018. The parties shall disclose their rebuttal experts and exchange rebuttal expert reports, if any, by not later than November 21, 2018.

3. Discovery requests shall be limited to 25 interrogatories per side and 10 depositions per side.

4. Should defendant seek discovery of the identities of any websites plaintiffs intend to access or Terms of Service they seek to violate, defendant shall first consult with plaintiffs to determine whether the parties instead can stipulate to the identities and Terms of Service of one or more websites that plaintiffs have previously accessed and on which plaintiffs

have already completed their research activities.

5. Defendant shall consult with plaintiffs prior to conducting any third-party discovery.

6. If necessary, any party may seek a protective order under FRCP 26(c) to limit the uses of, or disclosure to third parties of, information produced during discovery.

7. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.  In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3430 before filing a discovery motion, at which time the Court will make a determination as to the manner in which it will handle the discovery dispute.

8. All discovery shall be completed by not later than December 13, 2018.

9. Dispositive motions shall be filed by not later than January 21, 2019.  Oppositions thereto shall be filed by not later than February 20, 2019.  Replies shall be filed by not later than March 7, 2019.

10. A status conference is hereby scheduled for 9:30 a.m. on December 17, 2018, in Courtroom 30.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  July 13, 2018