**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTIAN SANDVIG, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>    Defendant. | Case No. 1:16-cv-1368 (JDB) |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING
PLAINTIFFS' RESEARCH INFORMATION**

Pursuant to Fed. R. Civ. P. 26(c), and consistent with this Court's scheduling Order, *see* ECF No. 32 ¶ 6, the parties in the above-captioned action respectfully request that the Court enter the attached Protective Order for Plaintiffs' Research Information. The attached Protective Order is designed to ensure that discovery in this case may proceed expeditiously, without jeopardizing the Plaintiffs' interests in preserving the confidentiality of their in-progress research. The proposed Protective Order ensures that the parties and the Court have access to all necessary information; defines the circumstances under which potential third-parties may be given access to information; requires that the parties file redacted versions of any court filings to ensure that the public has appropriate access to information regarding this action; and also creates a procedure for the parties to negotiate and resolve any disputes regarding application of the Protective Order. The parties have conferred in good-faith regarding the terms of the proposed Protective Order, and both parties agree that entry of the attached Protective Order will appropriately facilitate discovery in this action. Accordingly, and for good cause shown, the

parties jointly and respectfully request entry of the attached Protective Order for Plaintiffs' Research Information.

| | |
|---|---|
| Dated: August 3, 2018 | Respectfully submitted, |
| /s/ *Esha Bhandari* | CHAD A. READLER |
| Esha Bhandari | Acting Assistant Attorney General |
| Rachel Goodman | |
| American Civil Liberties Union | JOHN R. TYLER |
|   Foundation | Assistant Branch Director |
| 125 Broad St., 18th Floor | |
| New York, NY 10004 | /s/ *Daniel Schwei* |
| Tel: 212-549-2500 | DANIEL SCHWEI |
| Fax: 212-549-2654 | Senior Trial Counsel (N.Y. Bar) |
| ebhandari@aclu.org | United States Department of Justice |
| rgoodman@aclu.org | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave. NW |
| Arthur B. Spitzer (D.C. Bar No. 235960) | Washington, DC 20530 |
| aspitzer@acludc.org | Tel.:    (202) 305-8693 |
| Scott Michelman (D.C. Bar No. 1006945) | Fax:    (202) 616-8470 |
| smichelman@acludc.org | E-mail:  daniel.s.schwei@usdoj.gov |
| American Civil Liberties Union | |
|   of the Nation's Capital | Mailing Address: |
| 915 15th Street, N.W., Second Floor | Post Office Box 883 |
| Washington, D.C. 20005 | Washington, D.C. 20044 |
| Tel: 202-457-0800 | |
| Fax: 202-457-0805 | Courier Address: |
| | 20 Massachusetts Avenue N.W. |
| | Washington, D.C. 20001 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |