UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN W. SANDVIG *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States,<br><br>                      Defendant. | Case No. 1:16-cv-1368 (JDB) |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment and the record herein, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED.** It is further **ORDERED** that:

1. 18 U.S.C. § 1030(a)(2)(C) violates the Free Speech clause of the First Amendment as applied to Plaintiffs' intended research, as described in Plaintiffs' Complaint and Plaintiffs' Declarations.

2. The Defendant Attorney General, as well as his officers, agents, employees, attorneys, and all other persons in active concert or participation with him, is permanently enjoined from enforcing 18 U.S.C. § 1030(a)(2)(C) against Plaintiffs for violating website terms of service prohibiting providing false or misleading information and/or creating tester accounts during the course of the research described in Plaintiffs' Complaint and Plaintiffs' Declarations.

3. Plaintiffs are awarded attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**SO ORDERED.**

DATED: _____ \_\_\_, 2019

                                                JOHN D. BATES
                                                United States District Judge