*Sandvig v. Barr*

No. 1:16-cv-1368 (JDB)

# Plaintiffs' Exhibit 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTIAN W. SANDVIG *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 1:16-cv-1368 (JDB) |

**DECLARATION OF ESHA BHANDARI**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Esha Bhandari, a member of the Bar of the State of New York and admitted *pro hac vice* to the Bar of this Court, declare under penalty of perjury as follows:

1.      I am an attorney with the American Civil Liberties Union Foundation, and represent Plaintiffs Christopher Wilson and Alan Mislove ("Plaintiffs") in this matter.

2.      I submit this declaration in support of Plaintiffs' Motion for Summary Judgment.

3.      Filed as Exhibits 1–18 attached to Plaintiffs' Statement of Undisputed Material Facts, in support of Plaintiffs' Motion for Summary Judgment, are true and correct copies of the following documents, or true and correct copies of excerpts of such documents:

| No. | Exhibit |
|---|---|
| 1 | Declaration of Plaintiff Christopher "Christo" Wilson |
| 2 | Declaration of Plaintiff Alan Mislove |
| 3 | Declaration of Esha Bhandari |
| 4 | Deposition Transcript of John T. Lynch, Jr. |
| 5 | Off. of Legal Educ., Exec. Off. for United States Att'ys, Dep't of Justice, *Prosecuting* |

1

| | |
|---|---|
| | *Computer Crimes*, http://www.justice.gov/criminal/cybercrime/docs/ccmanual.pdf |
| 6 | Answer, ECF No. 26 |
| 7 | *User Agreement*, LinkedIn, https://www.linkedin.com/legal/user-agreement (last visited February 14, 2019) |
| 8 | *Terms of Use*, Monster, https://www.monster.com/inside/terms-of-use (last visited February 14, 2019) |
| 9 | *Terms and Conditions*, CareerBuilder, https://www.careerbuilder.com/terms (last visited February 14, 2019) |
| 10 | Affidavit of John T. Lynch, Jr., ECF No. 21-1 |
| 11 | Memorandum to the United States Att'ys and Assistant Att'y Gens. for the Crim. and Nat'l Sec. Divs. from the Att'y Gen., Intake and Charging Policy for Computer Crime Matters (Sept. 11, 2014), ECF No. 15-1 |
| 12 | Exec. Off. of the President, *Big Data: A Report on Algorithmic Systems, Opportunity, and Civil Rights* (May 2016), https://obamawhitehouse.archives.gov/sites/default/files/microsites/ostp/2016_0504_data_discrimination.pdf |
| 13 | Fed. Trade Comm'n, *Big Data: A Tool for Inclusion or Exclusion?* (Jan. 2016), https://www.ftc.gov/system/files/documents/reports/big-data-tool-inclusion-or-exclusion-understanding-issues/160106big-data-rpt.pdf |
| 14 | Exec. Off. of the President, *Big Data: Seizing Opportunities, Preserving Values* (May 2014), https://obamawhitehouse.archives.gov/sites/default/files/docs/big_data_privacy_report_may_1_2014.pdf |
| 15 | U.S. Dep't of Housing and Urban Dev., Off. of Policy Dev. and Research, *Housing Discrimination Against Racial and Ethnic Minorities 2012* (June 2013), http://www.huduser.gov/portal//Publications/pdf/HUD-514_HDS2012.pdf |
| 16 | U.S. Dep't of Housing and Urban Dev., *An Estimate of Housing Discrimination Against Same-Sex Couples* (June 2013), https://www.huduser.gov/portal/Publications/pdf/Hsg_Disc_against_SameSexCpls_v3.pdf |
| 17 | Urban Institute, *Discrimination in Metro. Housing Markets: Phase 2 – Asians and Pacific Islanders, Final Report to U.S. Dep't of Housing and Urban Dev.* (Mar. 2003), https://www.huduser.gov/publications/pdf/phase2_final.pdf |
| 18 | U.S. Equal Emp't Opportunity Comm'n, Notice, No. 915.002 (May 22, 1996), |

| | https://www.eeoc.gov/policy/docs/testers.html |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2019

New York, New York

Esha Bhandari

3