*Sandvig v. Barr*

No. 1:16-cv-1368 (JDB)

# Plaintiffs' Exhibit 8

# Terms Of Use

Additional Resources

Accessibility Center (/inside/accessibility)

Security Center (/inside/security-center/home.aspx)

Terms Of Use (/inside/terms-of-use)

Privacy Center (/inside/privacy/home.aspx)

Privacy Resources:

Privacy Policy (/inside/policy/inside2.aspx)

Your California Privacy Rights (/inside/california-privacy-rights/inside2.aspx)

Privacy FAQs (/inside/privacy/faq.aspx)

About Our Ads (/inside/ad-

## Terms of Use

These Terms of Use were updated effective March 2014. Read summary of changes.

**Understanding your rights and responsibilities as a Monster user**

**Privacy Reminder**

Protect your personal information by never providing social security, credit card or bank account numbers to prospective employers. Learn more (http://help.monster.com/besafe/)

**Terms of Use**

This page states the Terms of Use ("Terms") under which you ("You") may use the Monster Sites and the Services (each as defined below). These Terms include the Monster Privacy Policy (http://my.monster.com/privacy/), which is incorporated into these Terms by reference.

*These Terms constitute a binding agreement between You and Monster Worldwide, Inc. or the Monster company operating the Web site for the country in which You live or in which business is headquartered ("Monster"), and are deemed accepted by You each time that You use or access any Monster Site or Monster Services. If You do not accept the Terms stated here, do not use the Monster Sites and the Monster Services.*

The Monster Sites are defined as any Web sites under Monster's control, whether partial or otherwise (including, without limitation, Monster.com, BeKnown.com and the Web site from which these terms of use were accessed from) and include the Monster Services. The Monster Services are defined as the applications and services offered by Monster, including an on-line service to post and search employment opportunities and including any application accessed through the Facebook Platform and/or any mobile or other interface that allows You to access such application (collectively, "Monster Services"). The Monster Sites also include tools such as BeKnown, on-line communities and communication tools designed to facilitate valuable professional and personal networking ("Monster Networking") among users of the Monster Sites ("Users") . The Monster Sites also allow Users to create individual profiles, which may include personal information ("Profiles"), and to make these Profiles, or aspects thereof, public.  In addition, Monster may collect information about You

policy
(/inside2.aspx)

FAQs About
Our Ads
(/inside
/ad/faq.aspx)

Private
Resume
Database
Hosting
(/inside
/private-
resume-policy
/inside2.aspx)

Cookie Info
(/inside
/cookie-
info/inside2.aspx)

**Need more help?**

**Need help signing in to your account or with general support questions?** Please contact us (https://monster.secure.force.com/ekb/EKBContactUs?brand=seeker).

from publicly-available websites and may use this information to create a Profile or append it to an existing Profile.

Monster may revise these Terms at any time by posting an updated version to this Web page. You should visit this page periodically to review the most current Terms because they are binding on You.

**Users who violate these Terms may have their access and use of the Monster Sites suspended or terminated, at Monster's discretion.**

You must be 13 years of age or older to visit or use any Monster Site in any manner, and, if under the age of 18 or the age of majority as that is defined in Your jurisdiction, must use any Monster Site under the supervision of a parent, legal guardian, or other responsible adult.

**You may not use the Monster Content or Profiles to determine a consumer's eligibility for: (a) credit or insurance for personal, family, or household purposes; (b) employment; or (c) a government license or benefit.**

### 1. Use of Monster Content.

Monster authorizes You, subject to these Terms, to access and use the Monster Sites and the Monster Content (as defined below) and to download and print a single copy of the content available on or from the Monster Sites solely for Your personal, non-commercial use. The contents of the Monster Sites, such as designs, text, graphics, images, video, information, logos, button icons, software, audio files and other Monster content (collectively, "Monster Content"), are protected under copyright, trademark and other laws. All Monster Content is the property of Monster or its licensors. The compilation (meaning the collection, arrangement and assembly) of all content on the Monster Sites is the exclusive property of Monster and is protected by copyright, trademark, and other laws. Unauthorized use of the Monster Content may violate these laws and/or applicable communications regulations and statutes, and is strictly prohibited. You must preserve all copyright, trademark, service mark and other proprietary notices contained in the original Monster Content on any authorized copy You make of the Monster Content.

Any code that Monster creates to generate or display any Monster Content or the pages making up any Monster Site is also protected by Monster's copyright and You may not copy or adapt such code.

You agree not to sell or modify the Monster Content or reproduce, display, publicly perform, distribute, or otherwise use the Monster Content in any way for any public or commercial purpose, in connection with products or services that are not those of the Monster Sites, in any other manner that is likely to cause confusion among consumers, that disparages or discredits Monster or its licensors, that dilutes the strength of Monster's or its licensor's property, or that otherwise infringes Monster's or its licensor's intellectual property rights. You further agree to in no other way misuse Monster Content. The use of the Monster

Content on any other application, web site or in a networked computer environment for any purpose is prohibited. Any code that Monster creates to generate or display any Monster Content or the pages making up any Application or Service is also protected by Monster's copyright and you may not copy or adapt such code.

## 2. Use of the Monster Services.

The job posting, resume database ("Monster Resume Database") and other features of the Monster Sites may be used only by individuals seeking employment and/or career information and by employers seeking employees. In addition, Monster Networking and Profiles may be used by individuals for permitted professional and personal networking purposes. Your use of the Monster Services is also subject to any other contracts You may have with Monster. In the case of any conflict between these Terms and any contract you have with Monster, the terms of your contract will prevail. The term "post" as used herein shall mean information that You submit, publish or display on a Monster Site.

You are responsible for maintaining the confidentiality of Your account, Profile and passwords, as applicable. You may not share Your password or other account access information with any other party, temporarily or permanently, and You shall be responsible for all uses of Your Monster Site registrations and passwords, whether or not authorized by You. You agree to immediately notify Monster of any unauthorized use of Your account, Profile, or passwords.

**All Monster Users agree to not:**

(a) transmit, post, distribute, store or destroy material, including without limitation Monster Content, in violation of any applicable law or regulation, including but not limited to laws or regulations governing the collection, processing, or transfer of personal information, or in breach of Monster's privacy policy;

(b) take any action that imposes an unreasonable or disproportionately large load on any Monster Site's infrastructure;

(c) use any device to navigate or search any Monster Site other than the tools available on the Site, generally available third party web browsers, or other tools approved by Monster;

(d) use any data mining, robots or similar data gathering or extraction methods;

(e) violate or attempt to violate the security of any Monster Site including attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization;

(f) forge any TCP/IP packet header or any part of the header information in any e-mail or newsgroup posting;

(g) reverse engineer or decompile any parts of any Monster Site;

(h) aggregate, copy or duplicate in any manner any of the Monster Content or information available from any Monster Site, including expired job postings, other than as permitted by these Terms;

(i) frame or link to any Monster Content or information available from any Monster Site, unless permitted by these Terms;

(j) post any content or material that promotes or endorses false or misleading information or illegal activities, or endorses or provides instructional information about illegal activities or other activities prohibited by these Terms, such as making or buying illegal weapons, violating someone's privacy, providing or creating computer viruses or pirating media;

(k) post any resume or Profile or apply for any job on behalf of another party;

(l) defer any contact from an employer to any agent, agency, or other third party;

(m) set more than one copy of the same resume to public at any one time;

(n) share with a third party any login credentials to any Monster Site;

(o) access data not intended for You or logging into a server or account which You are not authorized to access;

(p) post or submit to any Monster Site any incomplete, false or inaccurate biographical information or information which is not Your own;

(q) post content that contains restricted or password-only access pages, or hidden pages or images;

(r) solicit passwords or personally identifiable information from other Users;

(s) delete or alter any material posted by any other person or entity;

(t) harass, incite harassment or advocate harassment of any group, company, or individual;

(u) send unsolicited mail or email, make unsolicited phone calls or send unsolicited faxes promoting and/or advertising products or services to any User, or contact any users that have specifically requested not to be contacted by You;

(v) attempt to interfere with service to any User, host or network, including, without limitation, via means of submitting a virus to any Monster Site, overloading, "flooding", "spamming",

"mailbombing" or "crashing";

(w) promote or endorse an illegal or unauthorized copy of another person's copyrighted work, such by as providing or making available pirated computer programs or links to them, providing or making available information to circumvent manufacture-installed copy-protect devices, or providing or making available pirated music or other media or links to pirated music or other media files; or

(x) use the Monster Services for any unlawful purpose or any illegal activity, or post or submit any content, resume, or job posting that is defamatory, libelous, implicitly or explicitly offensive, vulgar, obscene, threatening, abusive, hateful, racist, discriminatory, of a menacing character or likely to cause annoyance, inconvenience, embarrassment, anxiety or could cause harassment to any person or include any links to pornographic, indecent or sexually explicit material of any kind, as determined by Monster's discretion.

Violations of system or network security may result in civil and/or criminal liability. Monster will investigate occurrences which may involve such violations and may involve, and cooperate with, law enforcement authorities in prosecuting Users who are involved in such violations.

## 3. Additional Terms Applicable to Employers.

Employers are solely responsible for their postings on Monster Sites. Monster is not to be considered to be an employer with respect to Your use of any Monster Site and Monster shall not be responsible for any employment decisions, for whatever reason, made by any entity posting jobs on any Monster Site.

You understand and acknowledge that if You cancel Your employer account or Your employer account is terminated, all Your account information from Monster, including saved resumes, network contacts, and email mailing lists, will be marked as deleted in and may be deleted from Monster's databases. Information may continue to be available for some period of time because of delays in propagating such deletion through Monster's web servers.

In order to protect our Monster Users from commercial advertising or solicitation, Monster reserves the right to restrict the number of e-mails which an employer may send to Users to a number which Monster deems appropriate in its sole discretion. You shall use the Monster Networking and Profiles in accordance with all applicable privacy and data protection laws.

**Job postings**

**A Job posting may not contain:**

(a) any hyperlinks, other than those specifically authorized by Monster;

(b) misleading, unreadable, or "hidden" keywords, repeated keywords or keywords that are

irrelevant to the job opportunity being presented, as determined in Monster's reasonable discretion;

(c) the names, logos or trademarks of unaffiliated companies other than those of your customer save where expressly agreed by Monster;

(d) the names of colleges, cities, states, towns or countries that are unrelated to the posting;

(e) more than one job or job description, more than one location, or more than one job category, unless the product so allows;

(f) inaccurate, false, or misleading information; and

(g) material or links to material that exploits people in a sexual, violent or other manner, or solicits personal information from anyone under 18.

**You may not use Your Monster job posting, Monster Networking, or Profiles to:**

(a) post jobs in a manner that does not comply with applicable local, national and international laws, including but not limited to laws relating to labor and employment, equal employment opportunity and employment eligibility requirements, data privacy, data access and use, and intellectual property;

(b) post jobs that require citizenship of any particular country or lawful permanent residence in a country as a condition of employment, unless otherwise required in order to comply with law, regulations, executive order, or federal, state or local government contract;

(c) post jobs that include any screening requirement or criterion in connection with a job posting where such requirement or criterion is not an actual and legal requirement of the posted job;

(d) with respect to Profiles, determine a consumer's eligibility for: (i) credit or insurance for person, family, or household purposes; (ii) employment; or (iii) a government license of benefit.

(e) post jobs or other advertisements for competitors of Monster or post jobs or other content that contains links to any site competitive with Monster;

(f) sell, promote or advertise products or services;

(g) post any franchise, pyramid scheme, "club membership", distributorship, multi-level marketing opportunity, or sales representative agency arrangement;

(h) post any business opportunity that requires an up front or periodic payment or requires

recruitment of other members, sub-distributors or sub-agents;

(i) post any business opportunity that pays commission only unless the posting clearly states that the available job pays commission only and clearly describes the product or service that the job seeker would be selling;

(j) promote any opportunity that does not represent bona fide employment which is generally indicated by the employer's use of IRS forms W-2 or 1099;

(k) post jobs on any Monster Site for modeling, acting, talent or entertainment agencies or talent scouting positions;

(l) advertise sexual services or seek employees for jobs of a sexual nature;

(m) request the use of human body parts or the donation of human parts, including, without limitation, reproductive services such as egg donation and surrogacy;

(n) endorse a particular political party, political agenda, political position or issue;

(o) promote a particular religion;

(p) post jobs located in countries subject to economic sanctions of the United States Government; and

(q) except where allowed by applicable law, post jobs which require the applicant to provide information relating to his/her (i) racial or ethnic origin (ii) political beliefs (iii) philosophical or religious beliefs (iv) membership of a trade union (v) physical or mental health (vi) sexual life (vii) the commission of criminal offences or proceedings or (vii) age.

Monster reserves the right to remove any job posting or content from any Monster Site, which in the reasonable exercise of Monster's discretion, does not comply with the above Terms, or if any content is posted that Monster believes is not in the best interest of Monster.

If at any time during Your use of the Monster Services, You made a misrepresentation of fact to Monster or otherwise misled Monster in regards to the nature of Your business activities, Monster will have grounds to terminate Your use of the Monster Services.

**Resume Database**

Use of the Monster Resume Database by Employers

You shall use the Monster Resume Database as provided in these Terms and in any contract You have with Monster. You shall use the Monster Resume Database in accordance with all

applicable privacy and data protection laws, and You agree You shall not further disclose any of the data from Monster Resume Database to any third party, unless You are an authorized recruitment agency, staffing agency, advertising or other agency or using the resume explicitly for employment purposes.

You shall take appropriate physical, technical, and administrative measures to protect the data You have obtained from Monster Resume Database from loss, misuse, unauthorized access, disclosure, alteration or destruction. You shall not share Resume Database seat-based license login credentials with any other party, nor share Resume Database pay-per-view license login credentials with any party.

**The Monster Resume Database shall not be used:**

(a) for any purpose other than as an employer seeking employees, including but not limited to advertising promotions, products, or services to any resume holders;

b) to make unsolicited phone calls or faxes or send unsolicited mail, email, or newsletters to resume holders or to contact any individual unless they have agreed to be contacted (where consent is required or, if express consent is not required, who has not informed you that they do not want to be contacted); or

(c) to source candidates or to contact job seekers or resume holders in regards to career fairs and business opportunities prohibited by Section 3.

**In order to ensure a safe and effective experience for all of our customers, Monster reserves the right to limit the amount of data (including resume views) that may be accessed by You in any given time period. These limits may be amended in Monster's sole discretion from time to time.**

**Use of TalentBin Profiles**

You shall use the TalentBin services and TalentBin profiles as provided in these Terms, any contract You have with Monster, and the in accordance with the following:

  a. You may only use the TalentBin services to identify candidates for possible recruitment and make initial contact with such candidates.
  b. You may not use the TalentBin profiles as a factor in determining any consumer's eligibility for employment, retention, or promotion.
  c. You may not review the TalentBin profiles of persons employed by You or persons who have already expressed interest in employment with You outside of the TalentBin services.

**4. Additional terms applicable to Job Seekers.**

When You register with any Monster Site, You will be asked to create an account and provide

Monster with certain information including, without limitation, a valid email address (Your "Information").

Any Profile You submit must be accurate and describe You, an individual person. The Profile requires standard fields to be completed and you may not include in these fields any telephone numbers, street addresses, email addresses or other means of contacting You, other than Your last name and URLs.

You acknowledge and agree that You are solely responsible for the form, content and accuracy of any resume or material contained therein placed by You on the Monster Sites.

Monster reserves the right to offer third party services and products to You based on the preferences that You identify in Your registration and at any time thereafter or you have agreed to receive, such offers may be made by Monster or by third parties. Please see Monster's Privacy Policy (http://my.monster.com/privacy/default.aspx), for further details regarding Your Information.

You understand and acknowledge that You have no ownership rights in Your account and that if You cancel Your Monster account or Your Monster account is terminated, all Your account information from Monster, including resumes, Profiles, cover letters, saved jobs, questionnaires will be marked as deleted in and may be deleted from Monster's databases and will be removed from any public area of the Monster Sites. Information may continue to be available for some period of time because of delays in propagating such deletion through Monster's web servers. In addition, third parties may retain saved copies of Your Information.

Monster reserves the right to delete Your account and all of Your Information after a significant duration of inactivity.

### 5. User Content and Submissions.

You understand that all information, data, text, software, music, sound, photographs, graphics, video, advertisements, messages or other materials submitted, posted or displayed by You on or through a Monster Site ("User Content") is the sole responsibility of the person from which such User Content originated. Monster claims no ownership or control over any User Content. You or a third party licensor, as appropriate, retain all patent, trademark and copyright to any User Content you submit, post or display on or through Monster and you are responsible for protecting those rights, as appropriate. By submitting, posting or displaying User Content on or through Monster, you grant Monster a worldwide, non-exclusive, royalty-free, transferable, sub-licensable license to use, reproduce, adapt, distribute and publish such User Content through Monster. In addition, by submitting, posting or displaying User Content which is intended to be available to the general public, you grant Monster a worldwide, non-exclusive, royalty-free license to reproduce, adapt, distribute and publish such User Content for the purpose of promoting Monster and its services. Monster will discontinue this licensed use within a commercially reasonable period after such User Content is removed from Monster. Monster reserves the right to refuse to accept, post, display or transmit any User

Content in its sole discretion.

You also represent and warrant that You have the right to grant, or that the holder of any rights, including moral rights in such content has completely and effectively waived all such rights and validly and irrevocably granted to You the right to grant, the license stated above. If You post User Content in any public area of any Monster Site, You also permit any User to access, display, view, store and reproduce such User Content for personal use. Subject to the foregoing, the owner of such User Content placed on any Monster Site retains any and all rights that may exist in such User Content. Monster may review and remove any User Content that, in its sole judgment, violates these Terms, violates applicable laws, rules or regulations, is abusive, disruptive, offensive or illegal, or violates the rights of, or harms or threatens the safety of, Users of any Monster Site. Monster reserves the right to expel Users and prevent their further access to the Monster Sites and/or use of Monster Services for violating the Terms or applicable laws, rules or regulations. Monster may take any action with respect to User Content that it deems necessary or appropriate in its sole discretion if it believes that such User Content could create liability for Monster, damage Monster's brand or public image, or cause Monster to lose Users or (in whole or in part) the services of its ISPs or other suppliers.

Monster does not represent or guarantee the truthfulness, accuracy, or reliability of User Content, derivative works from User Content, or any other communications posted by Users nor does Monster endorse any opinions expressed by Users. You acknowledge that any reliance on material posted by other Users will be at Your own risk.

The following is a partial list of User Content that is prohibited on the Application. The list below is for illustration only and is not a complete list of all prohibited User Content.

Content that:

- is implicitly or explicitly offensive, such as User Content that engages in, endorses or promotes racism, bigotry, discrimination, hatred or physical harm of any kind against any group or individual;
- harasses, incites harassment or advocates harassment of any group or individual;
- involves the transmission of "junk mail", "chain letters," or unsolicited mass mailing, "spamming" or "phishing";
- promotes or endorses false or misleading information or illegal activities or conduct that is abusive, threatening, obscene, defamatory or libelous;
- promotes or endorses an illegal or unauthorized copy of another person's copyrighted work, such as providing or making available pirated computer programs or links to them, providing or making available information to circumvent manufacture-installed copy-protect devices, or providing or making available pirated music or other media or links to pirated music or other media files;
- contains restricted or password only access pages, or hidden pages or images;
- displays or links to pornographic, indecent or sexually explicit material of any kind;
- provides or links to material that exploits people under the age of 18 in a sexual, violent or other manner, or solicits personal information from anyone under 18; or

- provides instructional information about illegal activities or other activities prohibited by these Terms, including without limitation, making or buying illegal weapons, violating someone's privacy, providing or creating computer viruses or pirating any media; and
- solicits passwords or personal identifying information from other Users.

Any Profile You submit must describe You, an individual person. Examples of inappropriate and prohibited Profiles include, but are not limited to, Profiles that purport to represent an animal, place, inanimate object, fictional character, or real individual that is not You.

You may not include, in any User Content submitted to Monster Networking, information that may be interpreted as a direct solicitation, advertisement or recruitment for an available job position directed to individuals seeking employment on either a full time or part time basis. In order to protect our Monster Community Users from commercial advertising or solicitation, Monster reserves the right to restrict the number of e-mails or other messages which a User may send to other Users to a number which Monster deems appropriate in its sole discretion.

Profiles derived from User Content may also be made available through the Monster Sites. Monster does not make any representations regarding the accuracy or validity of such derived works or their appropriateness for evaluation by employers. Derived Profiles may differ significantly from User Content.

We appreciate hearing from our Users and welcome Your comments regarding our services and the Monster Sites. Please be advised, however, that our policy does not permit us to accept or consider creative ideas, suggestions, inventions or materials other than those which we have specifically requested. While we do value Your feedback on our services, please be specific in Your comments regarding our services and do not submit creative ideas, inventions, suggestions, or materials. If, despite our request, You send us creative suggestions, ideas, drawings, concepts, inventions, or other information (collectively the "Submission"), the Submission shall be the property of Monster. None of the Submission shall be subject to any obligation of confidentiality on our part and we shall not be liable for any use or disclosure of any Submission. Monster shall own exclusively all now known or later discovered rights to the Submission and shall be entitled to unrestricted use of the Submission for any purpose whatsoever, commercial or otherwise, without compensation to You or any other person.

**6. Identification Of Agent To Receive Notification And Elements Of Notification Of Claimed Copyright or Trademark Infringement.**

If You believe that Your copyrighted work or trademark has been uploaded, posted or copied to any Monster Site and is accessible on such Monster Site in a way that constitutes copyright or trademark infringement, please contact Monster by email at DMCALegal@monster.com (mailto:DMCALegal@monster.com) or by regular mail at:

Monster Worldwide, Inc.

    Attn: Legal Department-DMCA
    133 Boston Post Road
    Weston, Massachusetts 02493
    USA

Need help with a job seeker issue? Contact Us

### 7. Policy Regarding Termination Of Users Who Infringe The Copyright Or Other Intellectual Property Rights Of Others.

Monster respects the intellectual property of others, and we ask our Users and content partners to do the same. The unauthorized posting, reproduction, copying, distribution, modification, public display or public performance of copyrighted works constitutes infringement of the copyright owners rights. As a condition to Your use of the Monster Sites, You agree not to use any Monster Site to infringe the intellectual property rights of others in any way. Monster reserves the right to terminate the accounts of any Users, and block access to the Monster Sites of any Users who are repeat infringers of the copyrights, or other intellectual property rights, of others. Monster reserves the right, in its sole discretion, to take these actions to limit access to the Site and/or terminate the accounts of any time, in our sole discretion Users who infringe any intellectual property rights of others, whether or not there is any repeat infringement, with or without notice, and without any liability to the User who is terminated or to the User whose access is blocked. Notwithstanding the foregoing, in the event that You believe in good faith that a notice of copyright infringement has been wrongly filed against You, please contact Monster as set forth in Section 6 above.

### 8. Monster's Liability.

The Monster Sites act as, among other things, venues for (i) employers to post job opportunities and search for and evaluate job candidates and (ii) candidates to post resumes and Profiles and search for and evaluate job opportunities. Monster does not screen or censor the listings, including Profiles offered. Monster is not involved in, and does not control, the actual transaction between employers and candidates. As a result, Monster is not responsible for User Content, the quality, safety or legality of the jobs or resumes posted, the truth or accuracy of the listings, the ability of employers to offer job opportunities to candidates or the ability of candidates to fill job openings and Monster makes no representations about any jobs, resumes or User Content on the Monster Sites. While Monster reserves the right in its sole discretion to remove User Content, job postings, resumes or other material from the Monster Sites from time to time, Monster does not assume any obligation to do so and to the extent permitted by law, disclaims any liability for failing to take any such action.

Monster Networking provides a venue for individuals to network for professional and personal purposes and Monster does not screen or censor the Profiles or User Content on the Monster Sites. Monster is not involved in the actual communications between Users. As a result, Monster has no control over the accuracy, reliability, completeness, or timeliness of the Profiles or User Content submitted on the Monster Sites and makes no representations about any Profile or User Content on the Monster Sites.

Note that there are risks, including but not limited to the risk of physical harm, of dealing with strangers, underage persons or people acting under false pretenses. You assume all risks associated with dealing with other users with whom You come in contact through the Monster Sites. By its very nature other people's information may be offensive, harmful or inaccurate, and in some cases will be mislabeled or deceptively labeled. We expect that You will use caution and common sense when using the Monster Sites.

Because User authentication on the Internet is difficult, Monster cannot and does not confirm that each User is who they claim to be. Because we do not and cannot be involved in User-to-User dealings or control the behavior of participants on any Monster Site, in the event that You have a dispute with one or more Users, You release Monster (and our agents and employees) from claims, demands and damages (actual and consequential and direct and indirect) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes to the fullest extent permitted by law.

The Monster Sites and the Monster Content may contain inaccuracies or typographical errors. Monster makes no representations about the accuracy, reliability, completeness, or timeliness of any Monster Site or the Monster Content. The use of all Monster Sites and the Monster Content is at Your own risk. Changes are periodically made to Monster Sites and may be made at any time. Monster cannot guarantee and does not promise any specific results from use of any Monster Site. No advice or information, whether oral or written, obtained by a User from Monster or through or from any Monster Site shall create any warranty not expressly stated herein.

If You are a California resident, You waive California Civil Code Section 1542, which says: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

Monster encourages You to keep a back-up copy of any of Your User Content. To the extent permitted by law, in no event shall Monster be liable for the deletion, loss, or unauthorized modification of any User Content.

Monster does not provide or make any representation as to the quality or nature of any of the third party products or services purchased through any Monster Site, or any other representation, warranty or guaranty. Any such undertaking, representation, warranty or guaranty would be furnished solely by the provider of such third party products or services, under the terms agreed to by the provider.

If You believe that something on the Site violates these Terms please contact our designated agent set forth in Section 6 above.

If notified of any content or other materials which allegedly do not conform to these Terms,

Case 1:16-cv-01368-JDB   Document 48-8   Filed 03/07/19   Page 15 of 19

Monster may in its sole discretion investigate the allegation and determine whether to remove or request the removal of the content. Monster has no liability or responsibility to Users for performance or nonperformance of such activities.

**9. Disclaimer of Warranty.**

TO THE FULLEST EXTENT POSSIBLE BY LAW, MONSTER DOES NOT WARRANT THAT ANY MONSTER SITE OR ANY MONSTER SERVICES WILL OPERATE ERROR-FREE OR THAT ANY MONSTER SITE AND ITS SERVERS ARE FREE OF COMPUTER VIRUSES OR OTHER HARMFUL MECHANISMS. IF YOUR USE OF ANY MONSTER SITE OR THE MONSTER CONTENT RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA OR ANY OTHER COSTS, MONSTER IS NOT RESPONSIBLE FOR THOSE COSTS. THE MONSTER SITES AND MONSTER CONTENT ARE PROVIDED ON AN "AS IS" BASIS WITHOUT ANY WARRANTIES OF ANY KIND. MONSTER, TO THE FULLEST EXTENT PERMITTED BY LAW, DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE WARRANTY OF MERCHANTABILITY, FITNESS FOR PARTICULAR PURPOSE AND NON-INFRINGEMENT. MONSTER MAKES NO WARRANTIES ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS, OR TIMELINESS OF THE MONSTER CONTENT, SERVICES, SOFTWARE, TEXT, GRAPHICS, AND LINKS.

**10. Disclaimer of Consequential Damages.**

TO THE FULLEST EXTENT POSSIBLE BY LAW, IN NO EVENT SHALL MONSTER, ITS SUPPLIERS, OR ANY THIRD PARTIES MENTIONED ON ANY MONSTER SITE BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, INCIDENTAL AND CONSEQUENTIAL DAMAGES, LOST PROFITS, OR DAMAGES RESULTING FROM LOST DATA, LOST EMPLOYMENT OPPORTUNITY OR BUSINESS INTERRUPTION) RESULTING FROM THE USE OR INABILITY TO USE ANY MONSTER SITE AND THE MONSTER CONTENT, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT MONSTER IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**11. Limitation of Liability.**

TO THE FULLEST EXTENT POSSIBLE BY LAW, MONSTER'S MAXIMUM LIABILITY ARISING OUT OF OR IN CONNECTION WITH ANY MONSTER SITE OR YOUR USE OF THE MONSTER CONTENT, REGARDLESS OF THE CAUSE OF ACTION (WHETHER IN CONTRACT, TORT, BREACH OF WARRANTY OR OTHERWISE), WILL NOT EXCEED $100.

**12. Links to Other Sites.**

The Monster Sites contain links to third party Web sites. These links are provided solely as a convenience to You and not as an endorsement by Monster of the contents on such third-party Web sites. Monster is not responsible for the content of linked third-party sites and does not make any representations regarding the content or accuracy of materials on such third party Web sites. If You decide to access linked third-party Web sites, You do so at Your own risk.

**13. No Resale or Unauthorized Commercial Use.**

You agree not to resell or assign Your rights or obligations under these Terms. You also agree not to make any unauthorized commercial use of any Monster Site.

### 14. Indemnity.

You agree to defend, indemnify, and hold harmless Monster, its affiliates, and their respective officers, directors, employees and agents, from and against any claims, actions or demands, including without limitation reasonable legal and accounting fees, alleging or resulting from (i) any User Content or other material You provide to any Monster Site, (ii) Your use of any Monster Content, or (iii) Your breach of these Terms. Monster shall provide notice to You promptly of any such claim, suit, or proceeding.

### 15. General.

Monster makes no claims or representations that the Monster Content may be lawfully viewed or accessed outside of the United States. Access to the Monster Content may not be legal by certain persons or in certain countries. If You access any Monster Site You do so at Your own risk and are responsible for compliance with the laws of Your jurisdiction. Any software downloaded from any Monster Site is further subject to United States export control laws, and may not be downloaded or otherwise exported or re-exported (i) into (or to a national or resident of) Cuba, Iraq, Libya, North Korea, Iran, Syria or any other country to which the U.S. has embargoed goods or (ii) to any individual or entity on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. By downloading or using such software, You represent and warrant that You are not located in, under the control of, or a national or resident of any such country, individual, or entity on any such list.

These Terms are governed by the internal substantive laws of the Commonwealth of Massachusetts, without respect to its conflict of laws principles. Jurisdiction for any claims arising under this agreement shall lie exclusively with the state or federal courts within Boston, Massachusetts. If any provision of these Terms are found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms, which shall remain in full force and effect. No waiver of any term of these Terms shall be deemed a further or continuing waiver of such term or any other term. In addition, Monster's failure to enforce any term of these Terms shall not be deemed as a waiver of such term or otherwise affect Monster's ability to enforce such term at any point in the future. Except as expressly provided in an additional agreement, additional Terms for certain areas of the Monster Sites, a particular "Legal Notice," or software license or material on particular pages on the Monster Sites, these Terms constitute the entire agreement between You and Monster with respect to the use of the Monster Sites. No changes to these Terms shall be made except by a revised posting on this page.

### 16. Additional Terms.

Certain areas of the Monster Sites are subject to additional Terms. By using such areas, or

any part thereof, You agree to be bound by the additional Terms applicable to such areas. By using any areas of this website or the other Monster Sites that contain Google Maps, you agree to be bound by the Google Maps Terms of Use available at http://maps.google.com/help/terms_maps.html and the legal notices available at http://www.maps.google.com/help/legalnotices_maps.html as they may be updated from time to time.

©GfK GeoMarketing Geographic Information provided by GfK GeoMarketing GfK. GeoMarketing provides the geographic and mapping information of postal codes of Western Europe and Canada to create the location finder of the nearest job and for the visualization of maps. The maps and geographic information is copyright protected and can be used only within the internet application and the functionalities provided by Monster. Any other use or publication of the geographic information and maps is not allowed.

©Maponics, LLC 2008 Geographic Information provided by Maponics, LLC. Maponics provides the geographic and mapping information of postal codes of the United States. This information is copyright protected and can be used only within the internet application and the functionalities provided by Monster. Any other use or publication of the geographic information and maps is not allowed.

**17. Mobile Services.**

If You use the Monster Sites through a mobile device, You agree that information about Your use of the Monster Sites through Your mobile device and carrier may be communicated to us, including but not limited to Your mobile carrier, Your mobile device, or Your physical location. In addition, use of the Monster Sites through a mobile device may cause data to be displayed on and through Your mobile device. By accessing the Monster Sites using a mobile device, You represent that to the extent You import any of Your Monster data to Your mobile device that You have authority to share the transferred data with Your mobile carrier or other access provider. In the event You change or deactivate Your mobile account, You must promptly update Your Monster account information to ensure that Your messages are not sent to the person that acquires Your old number and failure to do so is Your responsibility. You acknowledge You are responsible for all charges and necessary permissions related to accessing the Monster Sites through Your mobile access provider. Therefore, You should check with Your provider to find out if the Monster Sites are available and the terms for these services for Your specific mobile devices.

By using any downloadable application to enable Your use of the Monster Sites, You are explicitly confirming Your acceptance of the terms of the End User License Agreement associated with the Application provided at download or installation, or as may be updated from time to time.

**18. Term and Termination.**

These Terms will remain in full force and effect while You are a User of any Monster Site. Monster reserves the right, at its sole discretion, to pursue all of its legal remedies, including but not limited to removal of Your User Content from the Monster Sites and immediate

termination of Your registration with or ability to access the Monster Sites and/or any other services provided to You by Monster, upon any breach by You of these Terms or if Monster is unable to verify or authenticate any information You submit to a Monster Site registration. Even after You are no longer a User of the Monster Sites, certain provisions of these Terms will remain in effect, including Sections 1, 2, 5, 7 through 16, inclusive.

**Update effective March 2014**

Summary of Changes – effective March 2014

We've revised the Terms of Use to include new communications tools available on Monster and the possible collection by Monster of information about You from publicly-available websites to create or add to a Profile on Monster.

 (https://www.monster.com)

### For Job Seekers

Find Jobs (https://www.monster.com/jobs/)

Upload Resume (https://www.monster.com/resumes/post-resume2)

Salary (https://www.monster.com/salary/)

Site Map (https://www.monster.com/sitemap)

Help (https://monster.secure.force.com/ekb/EKBHome?brand=seeker)

### For Employers

Post Jobs (https://hiring.monster.com)

Search Resumes (https://hiring.monster.com/recruitment/Resume-Search-Database.aspx)

Site Map (https://hiring.monster.com/sitemap.aspx)

Help (https://monster.secure.force.com/ekb/EKBHome?brand=monster_usen)

### About Us

About Monster (https://www.monster.com/about)

Work for Monster (https://careers.monster.com/)

Partner with Us (http://partner.monster.com/)

Monster International (https://www.monster.com/geo/siteselection)

### Helpful Resources

Contact Us (https://monster.secure.force.com/ekb/EKBContactUs?brand=seeker)

Terms of Use (http://inside.monster.com/terms-of-use)

Privacy Center (http://inside.monster.com/privacy/home.aspx)

Security Center (http://inside.monster.com/security-center/home.aspx)

Accessibility Center (http://inside.monster.com/accessibility)

AdChoices (http://preferences.truste.com/2.0/?type=monster&affiliateId=155)

### Find Jobs

US Jobs (https://www.monster.com/jobs/)

Canada Jobs (https://www.monster.ca/jobs)

UK Jobs (https://www.monster.co.uk/jobs)

Emplois en France (https://www.monster.fr/emploi)

Jobs in Deutschland (https://jobs.monster.de)

Vacatures in Nederland (https://www.monsterboard.nl/vacatures)

Find us on social media (http://career-services.monster.com/social-media/home.aspx):

**f** (https://www.facebook.com/monster)    📷 (https://instagram.com/monster)    ▶ (https://www.youtube.com/monster)

Copyright © 2019 - Monster Worldwide (https://www.monster.com/)

U.S. Patents No. 7,599,930 B1; 7,827,125 and 7,836,060 - Looking for Monster Cable (http://www.monsterproducts.com/)? - V:

2019.3.0.19-307 - (//privacy.truste.com/privacy-seal/validation?rid=232f8c51-711d-4fbc-afed-b3b87885979a)