**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHRISTIAN SANDVIG,
*et al.*,

        Plaintiffs,

    v.

WILLIAM P. BARR, in his official capacity
as Attorney General of the United States,

        Defendant.

Case No. 1:16-cv-1368 (JDB)

# <u>Defendant's Exhibit 12:</u>

## Declaration of Nathaniel Gleicher ("Facebook Decl.")

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHRISTIAN W. SANDVIG, *et al.*,

      Plaintiffs,

    v.

JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States,

      Defendant.

Case No. 1:16-cv-1368

## DECLARATION OF NATHANIEL GLEICHER

I, Nathaniel Gleicher, declare as follows:

1.  I have worked at Facebook since January 2018 and am currently Head of Cybersecurity Policy.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.

2.  I submit this declaration at the request of Defendant, in lieu of a testimonial subpoena.  In submitting this factual declaration, Facebook takes no position regarding Defendant's legal position in this case.

### Facebook

3.  Facebook is a social networking company headquartered in Menlo Park, California.  Facebook's mission is to give people the power to build community and bring the world closer together.  We build useful and engaging products that enable people to connect and share with friends and family through mobile devices and personal computers.  Facebook also helps people discover and learn about what is going on in the world and enables them to share opinions, ideas, photos, videos, and other activities with close friends, extended

1

DOJ-00509

family, small or large groups of people they know or are acquainted with, or the general

public.

4.      As of September 30, 2018, over 200 million people in the United States and more than 2.2

billion people around the world actively use Facebook.

### Facebook's Terms and Policies

5.      To use Facebook, people must agree to Facebook's Terms of Service.  Facebook's Terms

make clear that the creation and use of multiple or fake accounts are not permitted and why

Facebook prohibits that activity[1]:

a.      Section 3.1 of Facebook's Terms of Service provides:

**1. Who can use Facebook**

When people stand behind their opinions and actions, our community is safer and
more accountable.  For that reason, you must:

- Use the same name that you use in everyday life.
- Provide accurate information about yourself.
- Create only one account (your own) and use your timeline for personal
  purposes.
- Not share your password, give access to your Facebook account to others,
  or transfer your account to anyone else (without our permission).

6.      Facebook also requires people to comply with its Community Standards, which outline

what type of content is and is not allowed on the service.  The Community Standards are

rooted in three core principles: safety, voice, and equity.  As relevant here, the Community

Standards (18) explain:  "Authenticity is the cornerstone of our community. We believe

that people are more accountable for their statements and actions when they use their

---

[1] A copy of Facebook's Terms of Service is attached as Exhibit A.  The Terms also prohibit:
conduct that is "unlawful, misleading, discriminatory, or fraudulent"; conduct that "infringes or
violates someone else's rights"; and any "attempt to access data [one does] not have permission to
access."

2

DOJ-00510

authentic identities. That's why we require people to connect on Facebook using the name they go by in everyday life. Our authenticity policies are intended to create a safe environment where people can trust and hold one another accountable."  To achieve that "Policy Rationale," the Community Standards state:[2]

**Do not**:

Misrepresent your identity by

- Using a name that does not abide by our name policies[3]
- Providing a false date of birth

Misuse our profiles product by

….

- Maintaining multiple accounts
- Creating inauthentic profiles
- Sharing an account with any other person
- Creating another account after being banned from the site
- Evading the registration requirements outlined in our Terms of Service

Impersonate others by

- Using their images with the explicit aim to deceive people
- Creating a profile assuming the persona of or speaking for another person or entity
- Creating a Page assuming to be or speak for another person or entity for whom the user is not authorized to do so.

…

Engage in inauthentic behavior, which includes creating, managing, or otherwise perpetuating

- Accounts that are fake

---

[2] An excerpt from Facebook's Community Standards is attached as Exhibit B.  The Community Standards also prohibit the creation or use of "fake accounts" and the "compromise of other people's accounts to … impersonate or pretend to be a business, organization, public figure, or private individual" or to "attempt to create connections, create content, or message people."

[3] A copy of Facebook's name policy is attached as Exhibit C.

DOJ-00511

- Accounts that have fake names
- Accounts that participate in, or claim to engage in, coordinated inauthentic behavior

7.    Facebook recognizes that in some circumstances people may prefer to identify themselves on their profile using a different name than their legal name, including for safety and security reasons.  Facebook's policies permit people to use a professional name or another name by which friends call them in everyday life.  The policies makes clear, however, that a person may not pretend to be someone or something else.

8.    If a person violates Facebook's Terms or Community Standards, including any of the provisions discussed above, the account may be suspended or terminated:

**2.    Account suspension or termination**

We want Facebook to be a place where people feel welcome and safe to express themselves and share their thoughts and ideas.

If we determine that you have violated our terms or policies, we may take action against your account to protect our community and services, including by suspending access to your account or disabling it. We may also suspend or disable your account if you create risk or legal exposure for us or when we are permitted or required to do so by law. Where appropriate, we will notify you about your account the next time you try to access it. You can learn more about what you can do if your account has been disabled.

### Impact of Fake Accounts

9.    As noted in our Community Standards, "[e]very day, people come to Facebook to share their stories, see the world through the eyes of others, and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than two billion people communicating across countries and cultures and in dozens of languages, posting everything from text to photos and videos."  The vast majority of people who use Facebook comply with our terms and policies, but Facebook is aware that some individuals and bad actors create (or attempt to create) multiple or fake accounts.  The

4

DOJ-00512

creation and use of such accounts can be harmful to Facebook and the people who use our service.

10.   Through conversations with people in focus groups around the world, and based on a survey of more than 20,000 people who reported fake accounts, we have observed that the presence of fake accounts can create a feeling of unease and wariness when using Facebook and also lead to annoying spam-like or misleading content, unwanted friend requests, and unwanted messages.  The presence of fake accounts can also feed into potential concerns about unwanted contact, safety, and privacy when using Facebook.

11.   Bad actors use fake accounts to engage in harmful conduct – for example, tricking people into sharing private information and images; grooming and exploiting minors; harassing and intimidating domestic abuse survivors, human rights activists, and other targeted communities; and bullying, extorting, and other abusive behavior.  Bad actors also use fake accounts to manipulate and corrupt public debate, including by creating networks of accounts to mislead others about who they represent or what message they intend to deliver. This conduct harms the trust that people—and the broader world—have in Facebook.

### Facebook's Enforcement Efforts

12.   To protect against harm to Facebook and the people who use our service, Facebook undertakes substantial efforts to identify and remove fake accounts.  Some of those efforts are discussed below.

13.   Facebook takes immediate and appropriate action against fake accounts when it receives reports from users and others.[4]

---

[4]   People   can   report   hacked   or   fake   accounts   here: https://www.facebook.com/help/1216349518398524.

DOJ-00513

14. Facebook has developed and continues to improve its processes and systems to help protect

against the creation and use of fake accounts:

- **Pre-registration.** Facebook blocks the registration of an account when it has reason to believe that the process of creating the account appears to be suspicious.

- **Registration.** Facebook requires that everyone register for an account before they can use Facebook and provide a valid first and last name, date of birth, gender, and a phone number or email.  Facebook also applies machine learning models to detect potentially fake accounts at the registration stage.

- **Confirmation.** After registering, a person must confirm the account by responding to an email or text message sent to the contact information they provide.  This confirmation helps to verify the identity of the accountholder.

- **Post-registration**. Facebook continues to apply machine learning models to detect potentially fake accounts after accounts are registered.  If Facebook detects an account that may be fake, it may ask the person associated with the account to enter a phone number and confirm a code we send or ask the accountholder to respond to various technical tests (or "checks"), including ReCaptcha, to confirm that he or she is a human.

- **Reporting**. When an account is reported as potentially fake, we run various technical checks to determine whether the account complies with our terms and policies.  If the checks are not conclusive, further human review is conducted.

15. Facebook builds and regularly updates our technical systems to detect and block spam and

to prevent accounts from being compromised.

16. This technology helps us to take action against millions of attempts to create fake accounts

every day, and to detect and remove millions more, often within minutes after creation.  As

discussed in our most recent Community Standards Enforcement Report released in

November 2018, Facebook disabled approximately 2.1 billion fake accounts between

January and September 2018. The vast majority—over 99% during this same time period—

were identified proactively before receiving any report.

17. The efforts described above have also enabled Facebook to identify and take action against

a number of bad actors who have engaged in improper and abusive conduct in the United

DOJ-00514

States and elsewhere around the world using fake accounts.  For example, in October 2018, we removed 82 pages, groups, and accounts for coordinated inauthentic behavior that originated in Iran and targeted people in the U.S. and U.K.  In the same month, Facebook removed an additional 559 pages and 251 accounts that consistently broke our rules against spam and coordinated inauthentic behavior.

18.    This work also helps us to reduce the distribution of inappropriate and misleading content, like false news, hoaxes, and misinformation, that violates our terms and policies.[5]

### **Research**

19.    Facebook has engaged and is committed to continued engagement with researchers to provide access to data in a way that safeguards people's privacy, ensures compliance with our terms and policies, and respects the academic process.  Without these safeguards, Facebook will have difficulty determining (among other things) whether a researcher seeking data is a legitimate researcher or a bad actor, what data they intend to access, and how they plan to secure and use the data.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 4, 2019, at Menlo Park, California.

Nathaniel Gleicher

---

[5] Additional information about some of Facebook's recent enforcement efforts may be found on the Facebook Newsroom (https://newsroom.fb.com/).

DOJ-00515

# EXHIBIT A

DOJ-00516

Sign Up

Join or Log Into Facebook

Our Statement of Rights and Responsibilities is changing to our Terms of Service. You can view our previous Statement of Rights and Responsibilities here.

# Terms of Service

Welcome to Facebook!

These Terms govern your use of Facebook and the products, features, apps, services, technologies, and software we offer (the Facebook Products or Products), except where we expressly state that separate terms (and not these) apply.

## 1. Our Services

Our mission is to give people the power to build community and bring the world closer together. To help advance this mission, we provide the Products and services described below to you:

- **Provide a personalized experience for you:** Your experience on Facebook is unlike anyone else's: from the posts, stories, events, ads, and other content you see in News Feed or our video platform to the Pages you follow and other features you might use, such as Trending, Marketplace, and search. We use the data we have - for example, about the connections you make, the choices and settings you select, and what you share and do on and off our Products - to personalize your experience.

- **Connect you with people and organizations you care about:** We help you find and connect with people, groups, businesses, organizations, and others that matter to you across the Facebook Products you use. We use the data we have to make suggestions for you and others - for example, groups to join, events to attend, Pages to follow or send a message to, shows to watch, and people you may want to become friends with. Stronger ties make for better communities, and we believe our services are most useful when people are connected to people, groups, and organizations they care about.

- **Empower you to express yourself and communicate about what matters to you:** There are many ways to express yourself on Facebook and to communicate with friends, family, and others about what matters to you - for example, sharing status updates, photos, videos, and stories across the Facebook Products you use, sending messages to a friend or several people, creating events or groups, or adding content to your profile. We also have developed, and continue to explore, new ways for people to use technology, such as augmented reality and 360 video to create and share more expressive and engaging content on Facebook.

- **Help you discover content, products, and services that may interest you:** We show you ads, offers, and other sponsored content to help you discover content, products, and services that are offered by the many businesses and organizations that use Facebook and other Facebook Products. Our partners pay us to show their content to you, and we design our services so that the sponsored content you see is as relevant and useful to you as everything else you see on our Products.

- **Combat harmful conduct and protect and support our community:** People will only build community on Facebook if they feel safe. We employ dedicated teams around the world and develop advanced technical systems to detect misuse of our Products, harmful conduct towards others, and situations where we may be able to help support or protect our community. If we learn of content or conduct like this, we will take appropriate action - for example, offering help, removing content, blocking access to certain features, disabling an account, or contacting law enforcement. We share data with other

DOJ-00517

Facebook Companies when we detect misuse or harmful conduct by someone using one of our Products.

- **Use and develop advanced technologies to provide safe and functional services for everyone:** We use and develop advanced technologies - such as artificial intelligence, machine learning systems, and augmented reality - so that people can use our Products safely regardless of physical ability or geographic location. For example, technology like this helps people who have visual impairments understand what or who is in photos or videos shared on Facebook or Instagram. We also build sophisticated network and communication technology to help more people connect to the internet in areas with limited access. And we develop automated systems to improve our ability to detect and remove abusive and dangerous activity that may harm our community and the integrity of our Products.

- **Research ways to make our services better:** We engage in research and collaborate with others to improve our Products. One way we do this is by analyzing the data we have and understanding how people use our Products. You can learn more about some of our research efforts.

- **Provide consistent and seamless experiences across the Facebook Company Products:** Our Products help you find and connect with people, groups, businesses, organizations, and others that are important to you. We design our systems so that your experience is consistent and seamless across the different Facebook Company Products that you use. For example, we use data about the people you engage with on Facebook to make it easier for you to connect with them on Instagram or Messenger, and we enable you to communicate with a business you follow on Facebook through Messenger.

- **Enable global access to our services:** To operate our global service, we need to store and distribute content and data in our data centers and systems around the world, including outside your country of residence. This infrastructure may be operated or controlled by Facebook, Inc., Facebook Ireland Limited, or its affiliates.

## 2. Our Data Policy and Your Privacy Choices

To provide these services, we must collect and use your personal data. We detail our practices in the Data Policy, which you must agree to in order to use our Products.

We also encourage you to review the privacy choices you have in your settings.

## 3. Your Commitments to Facebook and Our Community

We provide these services to you and others to help advance our mission. In exchange, we need you to make the following commitments:

1. Who can use Facebook
   When people stand behind their opinions and actions, our community is safer and more accountable. For that reason, you must:

   - Use the same name that you use in everyday life.
   - Provide accurate information about yourself.
   - Create only one account (your own) and use your timeline for personal purposes.
   - Not share your password, give access to your Facebook account to others, or transfer your account to anyone else (without our permission).

   We try to make Facebook broadly available to everyone, but you cannot use Facebook if:

   - You are under 13 years old.
   - You are a convicted sex offender.
   - We previously disabled your account for violations of our terms or policies.
   - You are prohibited from receiving our products, services, or software under applicable laws.

DOJ-00518

2. <u>What you can share and do on Facebook</u>

We want people to use Facebook to express themselves and to share content that is important to them, but not at the expense of the safety and well-being of others or the integrity of our community. You therefore agree not to engage in the conduct described below (or to facilitate or support others in doing so):

1. You may not use our Products to do or share anything:

   - That violates these Terms, our Community Standards, and other terms and policies that apply to your use of Facebook.

   - That is unlawful, misleading, discriminatory or fraudulent.

   - That infringes or violates someone else's rights.

2. You may not upload viruses or malicious code or do anything that could disable, overburden, or impair the proper working or appearance of our Products.

3. You may not access or collect data from our Products using automated means (without our prior permission) or attempt to access data you do not have permission to access.

We can remove content you share in violation of these provisions and, if applicable, we may take action against your account, for the reasons described below. We may also disable your account if you repeatedly infringe other people's intellectual property rights.

To help support our community, we encourage you to report content or conduct that you believe violates your rights (including intellectual property rights) or our terms and policies.

3. <u>The permissions you give us</u>

We need certain permissions from you to provide our services:

1. <u>Permission to use content you create and share:</u> You own the content you create and share on Facebook and the other Facebook Products you use, and nothing in these Terms takes away the rights you have to your own content. You are free to share your content with anyone else, wherever you want. To provide our services, though, we need you to give us some legal permissions to use that content.

   Specifically, when you share, post, or upload content that is covered by intellectual property rights (like photos or videos) on or in connection with our Products, you grant us a non-exclusive, transferable, sub-licensable, royalty-free, and worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of your content (consistent with your privacy and application settings). This means, for example, that if you share a photo on Facebook, you give us permission to store, copy, and share it with others (again, consistent with your settings) such as service providers that support our service or other Facebook Products you use.

   You can end this license any time by deleting your content or account. You should know that, for technical reasons, content you delete may persist for a limited period of time in backup copies (though it will not be visible to other users). In addition, content you delete may continue to appear if you have shared it with others and they have not deleted it.

2. <u>Permission to use your name, profile picture, and information about your actions with ads and sponsored content:</u> You give us permission to use your name and profile picture and information about actions you have taken on Facebook next to or in connection with ads, offers, and other sponsored content that we display across our Products, without any compensation to you. For example, we may show your friends that you are interested in an advertised event or have liked a Page created by a brand that has paid us to display its ads on Facebook. Ads like this can be seen only by people who have your permission to see the actions you've taken on Facebook. You can learn more about your ad settings and preferences.

DOJ-00519

If you are under the age of eighteen (18), you represent that a parent or legal guardian also agrees to this section on your behalf. (This language is included pursuant to a court-approved legal settlement.)

3. Permission to update software you use or download: If you download or use our software, you give us permission to download and install upgrades, updates, and additional features to improve, enhance, and further develop it.

4. Limits on using our intellectual property

If you use content covered by intellectual property rights that we have and make available in our Products (for example, images, designs, videos, or sounds we provide that you add to content you create or share on Facebook), we retain all rights to that content (but not yours). You can only use our copyrights or trademarks (or any similar marks) as expressly permitted by our Brand Usage Guidelines or with our prior written permission. You must obtain our written permission (or permission under an open source license) to modify, create derivative works of, decompile, or otherwise attempt to extract source code from us.

# 4. Additional provisions

1. Updating our Terms

We work constantly to improve our services and develop new features to make our Products better for you and our community. As a result, we may need to update these Terms from time to time to accurately reflect our services and practices. Unless otherwise required by law, we will notify you before we make changes to these Terms and give you an opportunity to review them before they go into effect. Once any updated Terms are in effect, you will be bound by them if you continue to use our Products.

We hope that you will continue using our Products, but if you do not agree to our updated Terms and no longer want to be a part of the Facebook community, you can delete your account at any time.

2. Account suspension or termination

We want Facebook to be a place where people feel welcome and safe to express themselves and share their thoughts and ideas.

If we determine that you have violated our terms or policies, we may take action against your account to protect our community and services, including by suspending access to your account or disabling it. We may also suspend or disable your account if you create risk or legal exposure for us or when we are permitted or required to do so by law. Where appropriate, we will notify you about your account the next time you try to access it. You can learn more about what you can do if your account has been disabled.

If you delete or we disable your account, these Terms shall terminate as an agreement between you and us, but the following provisions will remain in place: 3, 4.2-4.5

3. Limits on liability

We work hard to provide the best Products we can and to specify clear guidelines for everyone who uses them. Our Products, however, are provided "as is," and we make no guarantees that they always will be safe, secure, or error-free, or that they will function without disruptions, delays, or imperfections. To the extent permitted by law, we also DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT. We do not control or direct what people and others do or say, and we are not responsible for their actions or conduct (whether online or offline) or any content they share (including offensive, inappropriate, obscene, unlawful, and other objectionable content).

We cannot predict when issues might arise with our Products. Accordingly, our liability shall be limited to the fullest extent

DOJ-00520

permitted by applicable law, and under no circumstance will we be liable to you for any lost profits, revenues, information, or data, or consequential, special, indirect, exemplary, punitive, or incidental damages arising out of or related to these Terms or the Facebook Products, even if we have been advised of the possibility of such damages. Our aggregate liability arising out of or relating to these Terms or the Facebook Products will not exceed the greater of $100 or the amount you have paid us in the past twelve months.

4. Disputes

We try to provide clear rules so that we can limit or hopefully avoid disputes between you and us. If a dispute does arise, however, it's useful to know up front where it can be resolved and what laws will apply.

For any claim, cause of action, or dispute you have against us that arises out of or relates to these Terms or the Facebook Products ("claim"), you agree that it will be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County. You also agree to submit to the personal jurisdiction of either of these courts for the purpose of litigating any such claim, and that the laws of the State of California will govern these Terms and any claim, without regard to conflict of law provisions.

5. Other

1. These Terms (formerly known as the Statement of Rights and Responsibilities) make up the entire agreement between you and Facebook, Inc. regarding your use of our Products. They supersede any prior agreements.

2. Some of the Products we offer are also governed by supplemental terms. If you use any of those Products, supplemental terms will be made available and will become part of our agreement with you. For instance, if you access or use our Products for commercial or business purposes, such as buying ads, selling products, developing apps, managing a group or Page for your business, or using our measurement services, you must agree to our Commercial Terms. If you post or share content containing music, you must comply with our Music Guidelines. To the extent any supplemental terms conflict with these Terms, the supplemental terms shall govern to the extent of the conflict.

3. If any portion of these Terms are found to be unenforceable, the remaining portion will remain in full force and effect. If we fail to enforce any of these Terms, it will not be considered a waiver. Any amendment to or waiver of these Terms must be made in writing and signed by us.

4. You will not transfer any of your rights or obligations under these Terms to anyone else without our consent.

5. You may designate a person (called a legacy contact) to manage your account if it is memorialized. Only your legacy contact or a person who you have identified in a valid will or similar document expressing clear consent to disclose your content upon death or incapacity will be able to seek disclosure from your account after it is memorialized.

6. These Terms do not confer any third-party beneficiary rights. All of our rights and obligations under these Terms are freely assignable by us in connection with a merger, acquisition, or sale of assets, or by operation of law or otherwise.

7. You should know that we may need to change the username for your account in certain circumstances (for example, if someone else claims the username and it appears unrelated to the name you use in everyday life).

8. We always appreciate your feedback and other suggestions about our products and services. But you should know that we may use them without any restriction or obligation to compensate you, and we are under no obligation to keep them confidential.

9. We reserve all rights not expressly granted to you.

# 5. Other terms and policies that may apply to you

DOJ-00521

- **Community Standards**: These guidelines outline our standards regarding the content you post to Facebook and your activity on Facebook and other Facebook Products.

- **Commercial Terms**: These terms apply if you also access or use our Products for any commercial or business purpose, including advertising, operating an app on our Platform, using our measurement services, managing a group or a Page for a business, or selling goods or services.

- **Advertising Policies**: These policies specify what types of ad content are allowed by partners who advertise across the Facebook Products.

- **Self-Serve Ad Terms**: These terms apply when you use self-serve advertising interfaces to create, submit, or deliver advertising or other commercial or sponsored activity or content.

- **Pages, Groups and Events Policy**: These guidelines apply if you create or administer a Facebook Page, group, or event, or if you use Facebook to communicate or administer a promotion.

- **Facebook Platform Policy**: These guidelines outline the policies that apply to your use of our Platform (for example, for developers or operators of a Platform application or website or if you use social plugins).

- **Developer Payment Terms**: These terms apply to developers of applications that use Facebook Payments.

- **Community Payment Terms**: These terms apply to payments made on or through Facebook.

- **Commerce Policies**: These guidelines outline the policies that apply when you offer products and services for sale on Facebook.

- **Facebook Brand Resources**: These guidelines outline the policies that apply to use of Facebook trademarks, logos, and screenshots.

- **Music Guidelines**: These guidelines outline the policies that apply if you post or share content containing music on Facebook.

Date of Last Revision: April 19th, 2018

---

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語

Sign Up  Log In  Messenger  Facebook Lite  Mobile  Find Friends  People  Profiles  Pages  Page Categories  Places  Games  Locations  Marketplace  Groups  Instagram  Local  About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Ad Choices  Terms  Account Security  Login Help  Help

Facebook © 2019

DOJ-00522

# EXHIBIT B

DOJ-00523

Community Standards                    Search the Community Standards



Introduction

**I.   Violence and Criminal Behavior**

**II.   Safety**

**III.   Objectionable Content**

**IV.   Integrity and Authenticity**

**V.   Respecting Intellectual Property**

**VI.   Content-Related Requests**

INTRODUCTION

Every day, people come to Facebook to share their stories, see the world through the eyes of others, and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than two billion people communicating across countries and cultures and in dozens of languages, posting everything from text to photos and videos.

We recognize how important it is for Facebook to be a place where people feel empowered to communicate, and we take our role in keeping abuse off our service seriously. That's why we have developed a set of Community Standards that outline what is and is not allowed on Facebook. Our Standards apply around the world to all types of content. They're designed to be comprehensive – for example, content that might not be considered hate speech may still be removed for violating our bullying policies.

DOJ-00524

The goal of our Community Standards is to encourage expression and create a safe environment. We base our policies on input from our community and from experts in fields such as technology and public safety. Our policies are also rooted in the following principles:



**Safety:** People need to feel safe in order to build community. We are committed to removing content that encourages real-world harm, including (but not limited to) physical, financial, and emotional injury.



**Voice:** Our mission is all about embracing diverse views. We err on the side of allowing content, even when some find it objectionable, unless removing that content can prevent a specific harm. Moreover, at times we will allow content that might otherwise violate our standards if we feel that it is newsworthy, significant, or important to the public interest. We do this only after weighing the public interest value of the content against the risk of real-world harm.

DOJ-00525



**Equity:** Our community is global and diverse. Our policies may seem broad, but that is because we apply them consistently and fairly to a community that transcends regions, cultures, and languages. As a result, our Community Standards can sometimes appear less nuanced than we would like, leading to an outcome that is at odds with their underlying purpose. For that reason, in some cases, and when we are provided with additional context, we make a decision based on the spirit, rather than the letter, of the policy.

Everyone on Facebook plays a part in keeping the platform safe and respectful. We ask people to share responsibly and to let us know when they see something that may violate our Community Standards. We make it easy for people to report potentially violating content, including Pages, Groups, profiles, individual content, and/or comments to us for review. We also give people the option to block, unfollow, or hide people and posts, so that they can control their own experience on Facebook.

The consequences for violating our Community Standards vary depending on the severity of the violation and a person's history on the platform. For instance, we may warn someone for a first violation, but if they continue to violate our policies, we may restrict their ability to post on Facebook or disable their profile. We also may notify law enforcement when we believe there is a genuine risk of physical harm or a direct threat to public safety.

Our Community Standards, which we will continue to develop over time, serve as a guide for how to

DOJ-00526

Case 1:16-cv-01368-JDB    Document 53-12    Filed 04/22/19    Page 20 of 27



communicate on Facebook. It is in this spirit that we ask members of the Facebook community to follow these guidelines.

**I. Violence and Criminal Behavior**    ›

Facebook © 2019                                                    Report Abuse

DOJ-00527

Community Standards

Search the Community Standards

**Introduction**

**I.   Violence and Criminal Behavior**

**II.  Safety**

**III. Objectionable Content**

**IV.  Integrity and Authenticity**

17. Spam

**18. Misrepresentation**

19. False News

20. Memorialization

**V.   Respecting Intellectual Property**

**VI.  Content-Related Requests**

# 18. Misrepresentation

## Policy Rationale

Authenticity is the cornerstone of our community. We believe that people are more accountable for their statements and actions when they use their authentic identities. That's why we require people to connect on Facebook using the name they go by in everyday life. Our authenticity policies are intended to create a safe environment where people can trust and hold one another accountable.

Do not:

Misrepresent your identity by

- Using a name that does not abide by our name policies
- Providing a false date of birth

Misuse our profiles product by

- Creating a profile for someone under thirteen years old
- Maintaining multiple accounts
- Creating inauthentic profiles
- Sharing an account with any other person
- Creating another account after being banned from the site
- Evading the registration requirements outlined in our Terms of Service

Impersonate others by

DOJ-00528

- Using their images with the explicit aim to deceive people
- Creating a profile assuming the persona of or speaking for another person or entity
- Creating a Page assuming to be or speak for another person or entity for whom the user is not authorized to do so.
- Posting imagery that is likely to deceive the public as to the content's origin, if:

  - The entity or an authorized representative objects to the content, and
  - Can establish a risk of harm to members of the public.

Engage in inauthentic behavior, which includes creating, managing, or otherwise perpetuating

- Accounts that are fake
- Accounts that have fake names
- Accounts that participate in, or claim to engage in, coordinated inauthentic behavior, meaning that multiple accounts are working together to do any of the following:

  - Mislead people about the origin of content
  - Mislead people about the destination of links off our services (for example, providing a display URL that does not match the destination URL)
  - Mislead people in an attempt to encourage shares, likes, or clicks
  - Mislead people to conceal or enable the violation of other policies under the Community Standards



| ‹ | 17. Spam | |
|---|----------|---|
| | 19. False News | › |

DOJ-00529

Community Standards

Search the Community Standards

**Introduction**

**I.   Violence and Criminal Behavior**

**II.  Safety**

**III. Objectionable Content**

**IV.  Integrity and Authenticity**

**17. Spam**

18. Misrepresentation

19. False News

20. Memorialization

**V.   Respecting Intellectual Property**

**VI.  Content-Related Requests**

# 17. Spam

Policy Rationale

We work hard to limit the spread of commercial spam to prevent false advertising, fraud, and security breaches, all of which detract from people's ability to share and connect. We do not allow people to use misleading or inaccurate information to collect likes, followers, or shares.

Do not:

- Artificially increase distribution for financial gain
- Create or use fake accounts or compromise other people's accounts to
  - Impersonate or pretend to be a business, organization, public figure, or private individual
  - Attempt to create connections, create content, or message people
- Restrict access to content by requiring people to like, share, or recommend before viewing
- Encourage likes, shares, or clicks under false pretenses
- Maliciously use login credentials or personally identifiable information by:
  - Attempting to gather or share login credentials or personally identifiable information
  - Using another person's login credentials or personally identifiable information
- Promise non-existent Facebook features

DOJ-00530

Case 1:16-cv-01368-JDB   Document 53-12   Filed 04/22/19   Page 24 of 27

1/4/19, 11:05 AM



16. Cruel and Insensitive

18. Misrepresentation

Facebook © 2019

Report Abuse

DOJ-00531

# EXHIBIT C

DOJ-00532

Help Center          Ask a question                                    Log In    Create Account

Home      Using Facebook      Managing Your Account      Privacy and Safety      Policies and Reporting

Login and Password
Your Profile and Settings
**Names on Facebook**
Keeping Your Account Secure
Notifications
Ad Preferences
Accessing & Downloading Your
Information
Deactivating or Deleting Your
Account

# What names are allowed on Facebook?

Share Article

Facebook is a community where everyone uses the name they go by in everyday life. This makes it so that you always know who you're connecting with.

Your name can't include:

- Symbols, numbers, unusual capitalization, repeating characters or punctuation.

- Characters from multiple languages.

- Titles of any kind (example: professional, religious).

- Words or phrases in place of a name.

- Offensive or suggestive words of any kind.

If your name follows our standards and you're still having trouble changing it, find out why.

Other things to keep in mind:

- The name on your profile should be the name that your friends call you in everyday life. This name should also appear on an ID or document from our ID list.

- Nicknames can be used as a first or middle name if they're a variation of your authentic name (like Bob instead of Robert).

- You can also list another name on your account (example: maiden name, nickname, professional name).

- Profiles are for individual use only. You can create a Page for a business, organization or idea.

- Pretending to be anything or anyone isn't allowed.

Was this information helpful?
○ Yes   ○ No

## Related Articles

DOJ-00533

What other names are allowed on Facebook?

Why can't I change my name on Facebook?

How can I help a friend being bullied or harassed on Facebook?

What data can a legacy contact download from Facebook?

Where do People You May Know suggestions come from?

English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語        Facebook © 2019

About                    Ad Choices              Terms & Policies
Privacy                  Create Ad               Cookies
Careers                  Create Page

DOJ-00534