*Sandvig v. Barr*

No. 1:16-cv-1368 (JDB)

# Plaintiffs' Exhibit 19

```
                                                         1
                                                    Vol I
                                                    1 - 220
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
CHRISTIAN W. SANDVIG, et al.,  )
                               )
           Plaintiff,          ) CIVIL ACTION NO.:
-v-                            ) 1:16-cv-1368 (JDB)
                               )
JEFFERSON B. SESSIONS, III, in )
his official capacity as       )
Attorney General of the        )
United States,                 )
                               )
           Defendants.         )
```

THE ORAL DEPOSITION OF CHRISTOPHER WILSON, held pursuant to Notice, and the applicable provisions of the Federal Rules of Civil Procedure, before Carol Summers, a Court Reporter and Notary Public, within and for the Commonwealth of Massachusetts, at the offices of the United States Attorney, 1 Courthouse Way, Suite 9200, Boston, Massachusetts, on December 13, 2018, commencing at 9:30 a.m.

```
 1  nomination letter?
 2       A    He does.
 3       Q    And does he request a few bullet points on her
 4  most notable achievements, especially in the last couple of
 5  years?
 6       A    Yup.
 7       Q    And then in your response in the last bullet point
 8  do you reference this lawsuit?
 9       A    I do.
10       Q    Do you consider this lawsuit one of your most
11  notable achievements?
12       A    I do. I am proud of this.
13       Q    Why do you consider it a notable achievement?
14       A    Because I feel like it is important to take a
15  stand on this issue.  I mean, I am fully committed to this
16  auditing work. And to the extent that terms of service
17  muddies the waters here, I am bringing clarify to the work
18  so that we can conduct it. I think it is very important.
19       Q    Switching gears a little bit just to more
20  generally, has the federal government ever threatened you
21  with prosecution under the CFAA?
22       A    No, they have not.
23       Q    And sorry if I am jumping around a little bit. If
24  you can pull up your career proposal again.
25       A    Number 7?
```

1  Q   I will hand you a document marked Exhibit 36. Is
2 this document titled, 'Continuing Review/Study Completion
3 Form,' page numbers 231 through 249?
4  A   That is correct.
5  Q   And are these the IRB approvals for the CHI 2018
6 research?
7  A   Yes, they are.
8  Q   Does it approve research that -- does it approve
9 research beyond what was performed for the 2018 CHI paper?
10  A   Let me see exactly what we said. Yes, it does. So,
11 it talks about controlled experiments with fake user
12 accounts and fictitious job postings.
13  Q   Is that different from the direct discrimination
14 portion of the CHI 2018 paper?
15  A   Yes, it is. So, the CHI 2018 paper is focusing on
16 the active recruiting tools. Right, the recruiter searching
17 for people and grabbing their resumes and then contacting
18 them. These control tests largely focus on passive
19 recruiting. And by that, I mean you post a job, you wait to
20 see who applies. In that case there is still an algorithmic
21 sorting of individuals who have applied. That is also a
22 place for potential discrimination could creep in and we
23 would like to study that.
24  Q   But you have not taken any concrete steps to study
25 that as of today?

1    the seek employment or housing. Do you recall those
2    questions?
3         A    I do.
4         Q    Do those real-world audits sometimes involve
5    individuals having to lie to the targets?
6         A    Potentially, yes.
7         Q    Why?
8         A    Well, you are sending people in to ask for things
9    like, say, I would like to apply for this job. Or I am
10   interested in renting this apartment. Or I am interested in
11   a loan. Those people may have no interest in those things.
12        Q    So that would mean that they are giving untruthful
13   information to those targets of the audit?
14        A    That is correct.
15        Q    You were asked about whether you have plans to
16   conduct what has been referred to as the experimental phase
17   of the hiring research. Do you recall that testimony?
18        A    I do.
19        Q    And you testified that you had no concrete plans.
20   Do you recall that?
21        A    Uh, yes.
22        Q    Do you intend to study the platforms that you have
23   identified -- strike that. Do you intend to conduct the
24   experimental phase of the hiring study in the future?
25        A    I do. When I said I don't have concrete plans,

1  what I meant was we don't have software, we don't have a
2  timeframe. There is no students assigned to it. Right? It is
3  not happening now. But I do plan to conducting it in the
4  future.
5       Q    And you have been providing testimony regarding
6  fake accounts, do you recall that?
7       A    Yes.
8       Q    Can you define what a fake account is?
9       A    Frankly, I think this is very hard. Um, if I sign
10 up for Facebook and I say my name is Christo Wilson, is that
11 a fake account because my name is not quite authentic? It is
12 not clear to me if that is true or not. Facebook, for
13 example, is known to care very much about 100 percent
14 truthful information profiles. I don't know if that is a
15 fake account or not.
16      When Ancsa signed up as a worker on Airtasker or
17 whatever the service was, it is not clear to me that that is
18 a fake account. Anyone can sign up on the platform at any
19 time and they can choose to walk away or they can have no
20 intent of actually using the platform or doing the intent of
21 the platform, offering work. Is that a fake account? I don't
22 know. Does it turn on the truthfulness of the information? I
23 find that problematic because then I'm not Christo anymore
24 or someone who chooses to use a different name for whatever
25 reason. All of a sudden, they are a

1 fake account? It doesn't seem right.

2 Or does it turn on a use? It becomes a fake account
3 when I use it for disseminate mass misinformation. Is that a
4 fake account? I think colloquially that is what we mean. But
5 I think those terms are ill-defined.

6 MS. BHANDARI: No further questions.

7 MR. SCHWEI: Just one quick question.

8 REDIRECT EXAMINATION

9 Q So you testified in response to your counsel's
10 question that you intend to conduct the experimental phase
11 of the hiring research, is that right?

12 A I do.

13 Q But as of today, have you taken any concrete steps
14 to undertake that research?

15 A I mean, the most concrete step is that I applied
16 and received for funding, applied and received IRB for those
17 designs. I would say that is pretty concrete. Um, but am I
18 implementing it right now, no.

19 Q Do you have concrete plans to implement it?
20 A In the sense do I want to do this? Yes. I fully
21 intend to do that research.

22 MR. SCHWEI: I think that is all I have.

23 (Whereupon, the deposition was concluded at 6:35
24 p.m.)