*Sandvig v. Barr*

No. 1:16-cv-1368 (JDB)

# Plaintiffs' Exhibit 20

```
                                                            1
                                                         Vol I
                                                       1 - 200
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
CHRISTIAN W. SANDVIG, et al.,  )
                               )
         Plaintiff,            ) CIVIL ACTION NO.:
-v-                            ) 1:16-cv-1368 (JDB)
                               )
JEFFERSON B. SESSIONS, III, in )
his official capacity as       )
Attorney General of the        )
United States,                 )
                               )
         Defendants.           )
```

THE ORAL DEPOSITION OF ALAN E. MISLOVE,

held pursuant to Notice, and the applicable provisions of

the Federal Rules of Civil Procedure, before Carol Summers,

a Court Reporter and Notary Public, within and for the

Commonwealth of Massachusetts, at the offices of the

United States Attorney, 1 Courthouse Way, Suite 9200,

Boston, Massachusetts, on December 14, 2018,

commencing at 9:30 a.m.

```
 1      Q    Do you agree with what is written there that it is
 2 possible -- let me rephrase. Do you think it would be
 3 scientifically valid for an algorithm provider to consent to
 4 an independent sock puppet audit -- let me rephrase again.
 5 Is a virtuous algorithm provider consenting to an
 6 independent sock puppet audit, would the results of that
 7 audit in your view be scientifically valid?
 8      A    I would view such results very skeptically.
 9      Q    Is it possible that it would be scientifically
10 valid?
11      A    It may be possible, but it would raise many issues
12 of exactly what they consented to, what their researchers
13 had access to, how -- what it meant for them to consent. Um,
14 meaning did they funding the research? Where they not
15 funding the research? Was the research done by internal
16 employees or some external employees? Were the people who
17 were doing the audit under any sort of obligations or
18 restrictions in terms of publication? So, I think it would
19 be very unlikely that I would view such an algorithmic audit
20 to have the same level of scientific validity that a
21 non-consented one or one where they were not made aware of
22 at the time.
23      Q    If all of the variables were worked out such that
24 the audit was truly independent, would that audit be
25 scientifically valid?
```

1    A    If all of those were worked out -- and potentially
2  I also need to think on it a little more, but if those were,
3  yes. I don't see any reason why that would obviate the
4  findings of the audit.
5    Q    If you were to contact a company, what are you
6  concerned that they might do that would render the audit
7  scientifically invalid?
8    A    I'm worried that they might change their behavior
9  in such a way that would potentially make whatever it is
10  about them that I was studying, my findings about those
11  invalid in the sense that because I warned them ahead of
12  time I affected the study.
13    Q    How could they change their behavior in a way that
14  would affect the study?
15    A    So, as we testified to earlier this morning, many
16  of these sites are personalized. And they could very easily
17  treat my account differently than other accounts or turn off
18  or on certain features of my account which would have --
19  basically what I worry about is me seeing a different
20  service than the other users would see. Or they may turn off
21  whatever features are at risk or under study globally during
22  the time of the algorithmic audit.
23    Q    If the company relies on their algorithm for its
24  business, would turning off the feature that is being
25  studied affect their business at large?