UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN W. SANDVIG *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 1:16-cv-1368 (JDB) |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Pursuant to LCvR 83.6(b), I, Naomi Gilens, of the American Civil Liberties Union Foundation, am hereby withdrawing my appearance as counsel of record for all Plaintiffs in the above-captioned matter. September 4, 2019 is my last day as an attorney with the American Civil Liberties Union Foundation. The Plaintiffs will continue to be represented by the American Civil Liberties Union Foundation and the American Civil Liberties Union of the District of Columbia by remaining Plaintiffs' counsel of record.

September 6, 2019

/s/ *Naomi Gilens*
Naomi Gilens
American Civil Liberties Union
  Foundation
125 Broad St., 18th Floor
New York, NY 10004
Tel: 212-549-2500
Fax: 212-549-2654
ngilens@aclu.org

Signed by Plaintiffs:

_____
Christo Wilson

_____
Alan Mislove