UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTIAN W. SANDVIG, et al.,**<br><br>　**Plaintiffs,**<br><br>　　v.<br><br>**WILLIAM BARR, in his official capacity as Attorney General of the United States,**<br><br>　**Defendant.** | Civil Action No. 16-1368 (JDB) |

## ORDER

It is hereby **ORDERED** that the parties each shall file by not later than December 13, 2019, a memorandum, not to exceed seven double-spaced pages, clarifying their respective interpretations of 18 U.S.C. § 1030(a)(2)(C). Each memorandum shall address, in particular:

(1) the meaning of the statutory phrase "accesses a computer without authorization";

(2) what specific anticipated actions, if any, by plaintiffs constitute "access[ing] a computer without authorization";

(3) the meaning of the statutory phrase "exceeds authorized access," beyond the statutory definition at 18 U.S.C. § 1030(e)(6), and how the phrase differs from "accesses a computer without authorization";

(4) what specific anticipated actions, if any, by plaintiffs constitute "exceed[ing] authorized access";

(5) the meaning of the word "entitled" in the statutory definition of "exceeds authorized access," see 18 U.S.C. § 1030(e)(6).

It is further **ORDERED** that plaintiffs shall file an affidavit, not to exceed two double-spaced pages, clarifying whether—as represented by counsel at the November 15, 2019 hearing—

"they only intend to access parts of a website that are otherwise open to the public or available to anyone who creates a [username] and password," Mots. Hr'g Tr. [ECF No. 62] at 8:15–17, or whether plaintiffs also intend to access portions of websites requiring payment, see Dep. Tr. of Christopher Wilson [ECF No. 52-4] at 171:12–14, 174:18–25, or requiring the provision of authenticating business information, see Wilson E-mails Regarding CareerBuilder Receipt, PID7243-46 (July 2016) [ECF No. 52-16] at 3.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: November 26, 2019