*Sandvig v. Barr*

No. 1:16-cv-1368 (JDB)

# Plaintiffs' Exhibit 21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN W. SANDVIG *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 1:16-cv-1368 (JDB) |

## DECLARATION OF PLAINTIFF CHRISTOPHER "CHRISTO" WILSON

1. In this declaration, when I refer to my research plan, I am referring to the research I described in my earlier declaration in this case, ECF No. 48-1.

2. As part of my research plan, I intend to create fictitious tester employer or recruiter accounts, fictitious tester job seeker accounts, and fictitious job postings to determine whether, on a particular website, the rank order of job candidates shown to an employer or recruiter is correlated to race, gender, age, or other attributes, as described in my previous declaration, including in paragraphs 12–35, 48, and 53. The false information I may need to provide to create a tester recruiter account could include a fictitious company name. Because I intend to create only fictitious tester recruiter accounts as part of my research plan, I do not intend to provide authenticating, real-world business information to websites, such as real-world business license information.

3. It is my understanding that some online hiring websites do not require payment to create either a recruiter account or a job seeker account, but that many online hiring websites do require payment to create an account (typically for a recruiter account), or require payment after a free trial period. In such cases, payment information must be provided to the website along with other

1

information that is typically required at the time of creating an account—such as name, address, email, and/or company name.

4. It is my understanding that some online hiring websites charge for job postings. In such cases, the account that submits the posting is charged pursuant to the website's price structure.

5. As part of my research plan, I wish to test online hiring websites that both do and do not require payment at any stage of the process. I wish to test online hiring websites that require payment to create an account or for job postings because, in my experience, some popular hiring websites require payment for recruiter accounts or for job postings, and such websites should not be immune from civil rights testing. Where a website requires payment, I intend to comply with the payment requirement.

6. As part of my research plan, I do not intend to access any data or information on a website that is not made available to the public or to anyone who creates an account on the site, as described in paragraph 51 of my previous declaration. By the latter category I mean that, as part of my research plan, I do not intend to bypass any requirement to sign in via login credentials, and I intend to sign in using login credentials—*i.e.*, usernames and passwords— that I generated when I created the tester accounts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2019

Boston, Massachusetts

_____

Christo Wilson