UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTIAN W. SANDVIG, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**WILLIAM P. BARR,**[1] **in his official capacity as Attorney General of the United States,**<br><br>  Defendant. | Civil Action No. 16-1368 (JDB) |

## ORDER

Upon consideration of [47] plaintiffs' motion for summary judgment and [50] defendant's cross-motion for summary judgment, and the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [47] plaintiffs' motion for summary judgment is **DENIED**; it is further

**ORDERED** that [50] defendant's cross-motion for summary judgment is **DENIED**; and it is further

**ORDERED** that [1] plaintiffs' complaint is **DISMISSED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: March 27, 2020

---

[1] Pursuant to Fed. R. Civ. P. 25(d), William P. Barr, the current Attorney General of the United States, is automatically substituted as the defendant in this matter.

1