UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN W. SANDVIG *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States,<br><br>　　　　Defendant. | Case No. 1:16-cv-1368 (JDB) |

### PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Christian W. Sandvig, Kyratso Karahalios, Alan Mislove, Christopher Wilson, and First Look Media Works, Inc., hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered March 27, 2020, ECF No. 66, denying Plaintiffs' motion for summary judgment and dismissing their complaint, and from the Order of this Court entered March 30, 2018, ECF No. 23, dismissing the overbreadth claim in Plaintiffs' First Cause of Action, and dismissing their Second through Fourth Causes of Action.

May 26, 2020

Respectfully submitted,

*/s/ Esha Bhandari*
Esha Bhandari
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
Fax: 212-549-2654
ebhandari@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
　of the District of Columbia

915 15th Street, N.W., Second Floor
Washington, D.C. 20005
Tel: 202-457-0800; aspitzer@acludc.org

*Attorneys for Plaintiffs*