# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5153**　　　　　　　　　　　　　　　　**September Term, 2020**

**1:16-cv-01368-JDB**

**Filed On: June 10, 2021** [1901927]

Christian W. Sandvig, et al.,

    Appellants

  v.

Merrick B. Garland, Attorney General of the
United States,

    Appellee

## M A N D A T E

    In accordance with the order of June 10, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Amanda Himes
      Deputy Clerk

Link to the order filed June 10, 2021