# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-5153**　　　　　　　　　　　　　　　　**September Term, 2020**

　　　　　　　　　　　　　　　　　　　　　　**1:16-cv-01368-JDB**

　　　　　　　　　　　　　　　　　　　　**Filed On:** June 10, 2021

Christian W. Sandvig, et al.,

　　　　Appellants

　　v.

Merrick B. Garland, Attorney General of the
United States,

　　　　Appellee

**O R D E R**

Upon consideration of appellants' unopposed motion to dismiss the appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Amanda Himes
　　　　　　　　　　　　　　　Deputy Clerk